IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SANDRA FAY GIPSON, as Administratrix, and Personal Representative on Behalf of the Wrongful Death Beneficiaries of the Estate of CHARLES ELLIOT McGREW, Deceased<br>    *Plaintiff*<br><br>vs.<br><br>MANAGEMENT & TRAINING CORPORATION and JOHN and JANE DOES 1-100,<br>    *Defendants* | Civil Action No. 3:16-cv-624-DPJ-FKB |

## JOINDER IN MOTION TO STRIKE [DOC. 10]

COMES NOW Defendant Management & Training Corporation ("MTC"), by counsel, and hereby joins in the argument set forth in the Motion to Strike submitted by Plaintiff Sandra Fay Gipson [Doc. 10]. MTC hereby adopts and incorporates herein by reference all argument set forth in said Motion as if it had made that submission on its own, and respectfully requests that this Court strike the Notice of Appearance filed by Michael W. Crosby.

**THIS**, the 13th day of February, 2017.

                Respectfully submitted,

                **MANAGEMENT & TRAINING CORPORATION**

By:   */s/ R. Jarrad Garner*
       R. Jarrad Garner (MSB# 99584)
       H. Richard Davis, Jr. (MSB# 103983)
       ADAMS AND REESE, LLP
       1018 Highland Colony Parkway, Suite 800
       Ridgeland, Mississippi 39157
       Office: (601) 353-3234
       Fax:   (601) 355-9708
       jarrad.garner@arlaw.com
       richard.davis@arlaw.com

## CERTIFICATE OF SERVICE

I, R. Jarrad Garner, one of the attorneys for Defendant Management & Training Corporation, do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served by electronic mail on all counsel of record.

**SO CERTIFIED**, this the 13th day of February, 2017.

/s/ *R. Jarrad Garner*
R. Jarrad Garner