```
         IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF MISSISSIPPI
                  OXFORD DIVISION


SANDRA FAY GIPSON, as Administratrix of,
and Personal Representative on Behalf
of the Wrongful Death Beneficiaries of
CHARLES ELLIOTT McGREW, Deceased          PLAINTIFF

VS.             CIVIL ACTION NO. 3:16-cv-624 DPJ-FKB

MANAGEMENT & TRAINING CORPORATION,
and JOHN AND JANE DOES 1-100              DEFENDANTS
```

30(b)(6) DEPOSITION OF MANAGEMENT & TRAINING
CORPORATION

GIVEN BY REPRESENTATIVE
MARJORIE BROWN

Deposition Taken at the Instance of Plaintiff
In the Offices of Adams & Reese
Ridgeland, Mississippi
On the 9th day of May, 2017
Commencing at 12:15 p.m.

REPORTED BY:  MOLLY B. EATON, RPR, CCR #1722

BOND & BENOIST
Post Office Box 1576
Madison, Mississippi 39130
(601) 951-8308

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Page 6

```
 1   cells very much.
 2        Q    And what primarily does the inmate
 3   population consist of at EMCF?  What type of
 4   offenders?
 5        A    At the time of the incident?
 6        Q    Yes.
 7        A    It was a mixture of close custody and
 8   medium, and we also had some minimum.
 9        Q    And within that prison population, were
10   there a lot of mentally ill offenders in East
11   Mississippi?
12        A    East has been designated as a unit where a
13   certain level of mentally ill inmates are placed.
14        Q    What percentage of the population is
15   considered to be mentally ill?
16        A    I don't have that number.
17        Q    I've seen a figure as high as 60 percent.
18   Would that sound about right?
19        A    I can't speculate on that.
20        Q    Okay.  But anyway, you have -- and I know
21   East Mississippi, EMCF, has been designated to house
22   mentally ill prisoners.  Is there a specific unit
23   where those inmates are housed?
24        A    Yes.
25        Q    Which one is that?
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1    minute chronologically.  Were you aware that prior
 2    to Mr. McGrew's death that Mr. Bullock's father
 3    called East Mississippi and talked to someone there
 4    about his son's situation?
 5              MR. GARNER:  Object to the form.
 6         A    I was not aware of that.
 7    BY MR. MULLINS:
 8         Q    And I don't know that it happened.  That's
 9    just something that's been said by Mr. Bullock.  I
10    just didn't know if you were aware.  Is that fair
11    enough?
12         A    Yes.
13         Q    Okay.  Why was Mr. Bullock moved to East
14    Mississippi?
15         A    I can't recall at this time, but I thought
16    it was something to do with his PC needs.
17         Q    And why would he be moved to East
18    Mississippi because of his PC needs, protective
19    custody needs?
20         A    I'm sorry.  I'm not aware of why East
21    Mississippi was chosen.
22         Q    Let's talk about the gang networking.  Do
23    gangs in other prisons in Mississippi, do they
24    communicate with each other?
25         A    According to Mr. Bullock's statements,
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1        A    When an inmate requests protective custody
 2   needs and we verify that those are indeed a reason
 3   to separate him from the rest of the population,
 4   there is a unit that we place them on.
 5        Q    What unit?
 6        A    So I do not know at the time if this was
 7   the same unit, but it would be Housing Unit 6.
 8        Q    Okay.  When you've got an offender --
 9   let's just stick with Mr. Bullock.  Mr. Bullock was
10   in protective custody at Walnut Grove for the issues
11   regarding a gang debt.  Correct?
12        A    Yes.
13        Q    He was then taken from Walnut Grove and
14   put in East Mississippi, which is another prison
15   controlled by MTC, obviously.  Why was he not put in
16   protective custody at East Mississippi, if you know?
17        A    I don't know.
18        Q    Would it be normal for an inmate who is on
19   PC in one prison, if he's transferred, to be in PC
20   in the other prison?
21        A    That is not normal.
22        Q    Okay.  Why not?
23        A    The whole purpose, we don't want folks to
24   sit around in protective custody, particularly if
25   they have any amount of time.  So, again,
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1   705 --
 2              MR. MULLINS:  And we can go ahead and mark
 3    this as Exhibit 9.
 4              (Exhibit 9 marked for identification and
 5    attached hereto.)
 6   BY MR. MULLINS:
 7        Q    Mr. Bullock was medium custody.  Correct?
 8        A    That's what it looks like here, yes.
 9              (Exhibit 10 marked for identification and
10    attached hereto.)
11   BY MR. MULLINS:
12        Q    And Exhibit 10, Mr. McGrew was also medium
13   custody?
14        A    Yes.
15        Q    And MTC does not classify prisoners.
16   Correct?
17        A    That is correct.
18        Q    MDOC does the classification.  Correct?
19        A    Yes.
20        Q    And they have a point system?
21        A    Yes.
22        Q    And they simply go through and add up
23   points based on what they were originally charged
24   with and any type of --
25        A    Disciplinary reports.
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1          MR. GARNER:  I've got a couple of
2     questions, actually, if you can believe it.  Are
3     you done?
4          MR. MULLINS:  Yeah.
5          MR. GARNER:  Okay.
6                   CROSS-EXAMINATION
7    BY MR. GARNER:
8         Q    Marjorie, this Exhibit 11, I just want to
9    make sure I'm clear on this.  This is what's titled
10   at the top, "MDOC Initial Classification Score
11   Sheet."  Correct?
12        A    Yes.
13        Q    Is this something that's prepared by the
14   MDOC?
15        A    I've not seen this form before, but I
16   believe we do the scoring based on the behavior and
17   the records that we have at the facility, and then
18   we make a recommendation to MDOC.
19        Q    Okay. Okay.  Is MDOC responsible for
20   changing classifications of inmates?
21        A    Yes.
22        Q    Okay.  So if they got this sheet and it
23   met a certain threshold to take an inmate from
24   medium, say, in this case, to close custody, would
25   that be something they would have to change

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
 1                CERTIFICATE OF REPORTER
 2
 3           I, MOLLY B. EATON, Certified Shorthand
 4   Reporter and Notary Public in and for the State of
 5   Mississippi, do hereby certify that the above and
 6   foregoing pages contain a full, true and correct
 7   transcript of the 30(b)(6) deposition of MANAGEMENT
 8   & TRAINING CORPORATION given by representative
 9   MARJORIE BROWN, taken in the aforenamed case at the
10   time and place indicated, which proceedings were
11   recorded by me to the best of my skill and ability.
12           I also certify that I placed the witness
13   under oath to tell the truth and that all answers
14   were given under that oath.
15           I certify that I have no interest,
16   monetary or otherwise, in the outcome of this case.
17
18       This the 16th day of May, 2017.
19
20                           _____
                                 MOLLY B. EATON, RPR
21                               CCR #1722
     My Commission Expires:
22
             June 12, 2020
23
24
25
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)