Brian Bullock 4/25/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SANDRA FAY GIPSON, AS
ADMINISTRATRIX OF AND PERSONAL
REPRESENTATIVE ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF THE ESTATE OF CHARLES
ELLIOTT McGREW, DECEASED

                                                           PLAINTIFF

V.               CIVIL ACTION NO. 3:16-CV-624 DPJ-FKB

MANAGEMENT & TRAINING
CORPORATION
and JOHN AND JANE DOES 1-100

                                                           DEFENDANTS

DEPOSITION OF BRIAN KALE BULLOCK

Taken at the instance of the Plaintiff at
Mississippi State Pentitiary, 698 Parchman Road,
Highway 49 West, Parchman, Mississippi, on Tuesday,
April 25, 2017, beginning at 10:23 a.m.

REPORTED BY:

SHANNA CUMBERLAND, CCR #1774

```
 1      A.   To be honest with you, the gang
 2   affiliation -- the Latin Kings, I've been involved
 3   with them since I was 13 years old, just been
 4   running the streets with the wrong crowd and all
 5   that.
 6           But as in the Walnut Grove situation, my
 7   dad was supposed to send me some money, so I went
 8   ahead and got the stuff on my word.  Well, when the
 9   time came for me to get the money, you know, a
10   situation had come up and I wasn't able to.  But the
11   guys wasn't trying to -- wasn't trying to have no
12   understanding.
13           So that's where it all based -- that's
14   where it all stemmed from, was me getting stuff on
15   my own word and when it came time to pay it, I
16   couldn't.  So it was -- I was in a predicament from
17   the start.
18      Q.   Now, when you say "the stuff," that was
19   from -- I was reading your statements, and you had
20   some drugs, tobacco --
21      A.   Drugs, cell phone time, food.
22      Q.   And who were you getting that --
23      A.   The Vice Lords.
24      Q.   Where were they getting it from?
25      A.   Correctional officers.
```

Brian Bullock 4/25/2017

```
 1        A.   Huh-uh (negative response).
 2        Q.   Were you ever in any of the -- either at
 3   Walnut Grove or at East Mississippi when you were
 4   able to get out of your cells at night?
 5        A.   Uh-huh (affirmative response).
 6        Q.   Tell me about that.
 7        A.   I -- I -- I've actually, in Walnut Grove,
 8   been on a mission where it was after lockdown, where
 9   we weren't moved until after lockdown.  As soon as
10   lockdown come, they'd come around and do the
11   certified count.  The count would clear.  Lights
12   would go off.  Go on the tower, the swing-our door,
13   (unintelligible) with somebody.
14        Q.   And what units were you at?
15        A.   Unit 5.
16        Q.   At Walnut Grove?
17        A.   Five Charlie.
18        Q.   And let's see.  You were there until what
19   year, 2014?
20        A.   '14.
21        Q.   All right.  You didn't know Dazen Howard
22   (phonetic), did you?
23             MR. GARNER:  Object to the form.
24             THE WITNESS:  Huh-uh (negative response).
25        Q.   (By Mr. Mullins)  We've got another case
```

```
 1                  CERTIFICATE OF DEPONENT
 2   DEPONENT:  BRIAN KALE BULLOCK
     DATE:  APRIL 25, 2017, 2017
 3   CASE STYLE:  SANDRA FAY GIPSON, ET AL. VS.
     MANAGEMENT & TRAINING CORPORATION AND JOHN AND JANE
 4   DOES 1-100
     ORIGINAL TO:  CHARLES R MULLINS, ESQ.
 5           I, the above-named deponent in the
     deposition taken in the herein styled and numbered
 6   cause, certify that I have examined the deposition
     taken on the date above as to the correctness
 7   thereof, and that after reading said pages, I find
     them to contain a full and true transcript of the
 8   testimony as given by me.
             Subject to those corrections listed below,
 9   if any, I find the transcript to be the correct
     testimony I gave at the aforestated time and place.
10   Page      Line                   Comments
     ____      ____      _____
11   ____      ____      _____
     ____      ____      _____
12   ____      ____      _____
     ____      ____      _____
13   ____      ____      _____
     ____      ____      _____
14   ____      ____      _____
     ____      ____      _____
15   ____      ____      _____
     ____      ____      _____
16   ____      ____      _____
     ____      ____      _____
17
18        This the ____ day of _____, 2017.
                              _____
19                            BRIAN KALE BULLOCK
20   State of Mississippi
     County of _____
21
         Subscribed and sworn to before me, this the
22   _____ day of _____, 2017.
23   My Commission Expires:
24   _____        _____
                                    Notary Public
25
```