Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SANDRA FAY GIPSON, as Administratrix,
and Personal Representative on Behalf of
the Wrongful Death Beneficiaries of the
Estate of CHARLES ELLIOTT McGREW,
Deceased                                           PLAINTIFF

VS.        Civil Action No. 3:16-cv-624-DPJ-FKB

MANAGEMENT & TRAINING
CORPORATION and JOHN and JANE
Does 1-100                                         DEFENDANTS


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TELEPHONIC DEPOSITION OF MATTHEW NAIDOW
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Taken at the instance of the Defendants
at the law offices of Adams & Reese, LLP,
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi, on
August 4, 2017,
beginning at approximately 10:03 a.m.


(Appearances noted herein.)




REPORTED BY:

    EMM, INC. REPORTING
    ELISA M. McKINION, BCR, CCR #1670
    POST OFFICE BOX 1439
    BRANDON, MISSISSIPPI  39043
    EMMREPORTING@GMAIL.COM

1  transferred -- you want all the facilities I
2  transferred to?  I mean, I've -- I transferred
3  multiple times.
4      **Q.**  Yeah.  I mean, just as much as -- I
5  want to make sure that -- yeah, just -- just
6  if -- if I need to interrupt you, just -- I
7  will, but just as much as you can give us.
8      **A.**  Sure.  So I transferred -- I opened a
9  lot of prisons.  I started in Jackson, Central
10 Complex.  I transferred across the street to a
11 place called Jackson Temporary Facility and --
12 and built a new prison next door to that called
13 Jackson Cotton Facility, and I opened that.  I
14 was a sergeant part of the time there, and then
15 I transferred across the state to Lapeer,
16 Michigan, which was Thumb Correctional Facility,
17 as a sergeant where I stayed for approximately
18 two-and-a-half years there.
19          Then I transferred -- these were all
20 new prisons we were opening, so I had a lot of
21 experience opening prisons.  So then I went --
22 transferred back to the Detroit area.  There
23 were two prisons built there.  I was at the Ryan
24 Correctional Facility as a sergeant for about
25 two-and-a-half more years, then was promoted

```
 1                WITNESS SIGNATURE SHEET
 2            I, MATTHEW NAIDOW, do solemnly swear
 3   that I have read the foregoing ____ pages and
 4   that the same is a true and correct transcript
 5   of the testimony given by me at the time and
 6   place hereinbefore set forth, with the following
 7   corrections:
 8                          _____
                            MATTHEW NAIDOW
 9
     PAGE:   LINE:   SHOULD READ:  REASON FOR CHANGE:
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16
     STATE OF MISSISSIPPI
17
     COUNTY OF _____
18
         SUBSCRIBED AND SWORN TO BEFORE ME, the
19
     undersigned authority, on this the _____ day
20
     _____, 2017.
21
22   _____
         NOTARY PUBLIC
23
     My Commission Expires:
24   _____
25
```