IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SANDRA FAY GIPSON, as Administratrix,
and Personal Representative on Behalf of
the Wrongful Death Beneficiaries of the
Estate of CHARLES ELLIOTT McGREW,
Deceased                                           PLAINTIFF

VS.         Civil Action No. 3:16-cv-624-DPJ-FKB

MANAGEMENT & TRAINING
CORPORATION and JOHN and JANE
Does 1-100                                       DEFENDANTS


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DEPOSITION OF RONALD BULLOCK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Taken at the instance of the Defendants
at the law offices of Adams & Reese, LLP,
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi, on
August 4, 2017,
beginning at approximately 1:51 p.m.


(Appearances noted herein.)




REPORTED BY:

    EMM, INC. REPORTING
    ELISA M. McKINION, BCR, CCR #1670
    POST OFFICE BOX 1439
    BRANDON, MISSISSIPPI  39043
    EMMREPORTING@GMAIL.COM

EMM, INC. REPORTING  (601)506-8261
EMMREPORTING@GMAIL.COM

**EXHIBIT "D"**

1   **A.**   Okay.

2   **Q.**   Tell me, as best you can, your son's
3   history in terms of run-ins or involvement with
4   the legal authorities growing up.

5   **A.**   Starting at about age 15 --

6   **Q.**   Okay.

7   **A.**   -- juvie.  Run-ins was more with
8   runaway, you know, and we kept him in hack
9   (phonetic) with juvie because juvie was right
10  there close, and we thought that might help him,
11  you know, straighten up.  Never did.  It's my
12  understanding, he told me, he started doing
13  drugs at 13.  Now, that was his, you know -- and
14  he told you something different, but -- 15, 16
15  runaway.  I couldn't tell you exactly when it
16  was that he robbed the Hot Spot Tanning Salon in
17  Collinsville, Mississippi.  It -- I couldn't
18  tell you the date now.  It's all just a blur,
19  but --

20  **Q.**   That's where you reside is
21  Collinsville, correct?

22  **A.**   Yes, sir.

23  **Q.**   That's right outside of Meridian?

24  **A.**   Ten miles outside of Meridian north
25  in -- Highway 19 North.

1        CERTIFICATE OF COURT REPORTER

2           I, ELISA M. McKINION, BCR, CCR, Court

3   Reporter and Notary Public, in and for the

4   County of Rankin, State of Mississippi, hereby

5   certify that the foregoing pages contain a true

6   and correct transcript of the testimony of the

7   witness, as taken by me at the time and place

8   heretofore stated, and later reduced to

9   typewritten form by computer-aided transcription

10  under my supervision, to the best of my skill

11  and ability.

12          I further certify that I placed the

13  witness under oath to truthfully answer all

14  questions in this matter under the authority

15  vested in me by the State of Mississippi.

16          I further certify that I am not in the

17  employ of, or related to, any counsel or party

18  in this matter, and have no interest, monetary

19  or otherwise, in the final outcome of the

20  proceedings.

21          Witness my signature and seal, this the

22  10th day of August, 2017.

23  s/ E. McKinion

24  Elisa M. McKinion, BCR, CCR
    My Commission Expires April 7, 2019.
25