

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Marshall L. Fisher
COMMISSIONER

Jerry Williams
Deputy Commissioner

Institutions
(601) 359-5607  5323(FAX)

May 24, 2016

MDOC Records Department
P.O. Box 24388
Jackson, MS 39225

Dear Sir or Madam,

Pursuant to your request, enclosed please find the requested documents regarding the inmate record of **Brian Bullock, MDOC #169774**. Please be advised that our office does not handle medical record requests nor does this office handle any records regarding misdemeanor offenses.

If this office can be of any further assistance, please feel free to contact us at 601-933-2889, extension 6094.

Respectfully,

*[signature]*

LaTisha K. Lockhart
Projects Officer III, Special
Operations Department Supervisor

lkl

**EXHIBIT "E"**

STATE OF _____Mississippi_____ )
                                             ) SS.
COUNTY OF _____Hinds_____ )

    I, _LaTisha K. Lockhart_ hereby certify that I am the of the _Special Projects Officer-III_ of the
                                                                                                 (Official Position)

_____Records Department- Central Office_____, a division of the State of _Miss issippi_
(name of department or penitentiary)

situated in the county and State aforesaid, that in my legal custody as such officer are the original files and records of persons heretofore committed to said penal institution; that the Institutional Records, fingerprints (if available and all other documents available) attached hereto are copies of the original records of _Brian Bullock, MDOC #169774_ a person heretofore committed to said penal institution and who serve a term of imprisonment therein; that I have compared the foregoing and attached copies with their respective originals now on file in my office and each thereof contains, and is, a full, true and correct transcript and copy from its said original.

    IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of May A.D. 2016

                                                                                        _[signature]_
                                                                                         (Signature)

                                                                                        _Special Projects Officer-III_
                                                                                        (Official Title)

---

STATE OF _____ )
                                             ) SS.
COUNTY OF _____ )

    I, _____, Presiding Judge of _____ State of _____, County of _____, which Court is a Court of Record having a seal, do hereby certify that _____ whose name is subscribed to the above Certificate, was at the date thereof, and is now _____ of the _____ and is the legal keeper and the officer having the legal custody of the original of the said _____; that the said Certificate is in
                                                         (penitentiary)
due form; and that the signature subscribed thereto is his genuine signature.

    IN WITNESS WHEREOF, I have hereunto subscribed my name in my official character as such Judge, of the County and State aforesaid, this _____ day of _____, A.D.

                                                                            (Signature)
                                                                            Judge of _____

---

STATE OF _____ )
                                             ) SS.
COUNTY OF _____ )

    I, _____ Clerk of _____ of the State of _____, County of _____, which Court is Court of Record

having a seal which is annexed hereto, do hereby certify that _____, whose name is subscribed to the foregoing Certificate of due attestation, was, at the time of signing the same, Judge of _____ aforesaid, and was duly commissioned, qualified and authorized by law to execute the said Certificate. And I do further certify that the signature of the above named Judge to the said Certificate of due attestation is genuine.

    IN WITNESS WHEREOF, I have hereunto set my hand and annexed the seal of the _____ at my office in said County, this ____ day of _____, A.D.
(name of court)

_____
(signature)
Clerk of _____

# Mississippi Department of Corrections

Offender Number: 169774           Name: BULLOCK, BRIAN KALE
Date of Birth: ▮▮▮ 1992           FBI Number: 964357KD0           Race: WHITE   Sex: MALE
Height: 5' 8"   Weight: 180       Hair Color: BROWN               Eye Color: BROWN
SSN: ▮▮▮                          Complexion: FAIR                Build: MEDIUM
Location: UNIT 29                 Custody: INMATE                 Entry Date: 05/09/2013
Term to Serve: 30 Y, 0 M, 0 D                                     Tent. ERS Date:
Court Ordered Status:                                             Tentative Release: 08/25/2011
Statutory Parole Date:                              Status: ACTIVE
Parole Set Off Date:
Parole Revocation Hearing Date:

| Sent # | Cause Number | Offense | Date Sentenced | County of Conviction | CC/CS | Number of Days for Booking |
|---|---|---|---|---|---|---|
| 1 | 19911 Booking Number: A | ROBBERY | 08/25/2011 | LAUDERDALE | 0/0 | 262 |
|   |   |   | Term of Sentence: 10 Y, 0 M, 0 D Term Suspended: 10 Y, 0 M, 0 D Term of Probation: 00 Y, 00 M, 00 D |   |   |   |
| 2 | 19911 Booking Number: A | ROBBERY | 08/25/2011 | LAUDERDALE | 0/0 | Days |
|   |   |   | Term of Sentence: 00 Y, 00 M, 00 D Term Suspended: 10 Y, 0 M, 0 D Term of Probation: 5 Y, 0 M, 0 D |   |   |   |
| 1 | 538-14 Booking Number: B | ROBBERY | 04/04/2013 | LAUDERDALE | 0/0 | Still incarcerated (2-24-11 to present) |
|   |   |   | Term of Sentence: 10 Y, 0 M, 0 D Term Suspended: 00 Y, 00 M, 00 D Term of Probation: 00 Y, 00 M, 00 D |   |   |   |
| 2 | 538-14 Booking Number: B | MURDER 2ND DEGREE | 06/01/2015 | LAUDERDALE | 0/1 |   |
|   |   |   | Term of Sentence: 20 Y, 0 M, 0 D Term Suspended: 00 Y, 00 M, 00 D Term of Probation: 00 Y, 00 M, 00 D |   |   |   |

Report Data as of: 05/25/2016           Page 1 of 1

PL000049

## Mississippi Department of Corrections - STAFF REQUEST FOR INMATE RE-CLASSIFICATION

NAME: BULLOCK, BRIAN KALE  MDOC#: 169774  UNIT: CMCF QB

Current Custody Level: UNCLASSIFIED

UNIT TRANSFER FROM ____

UNIT TRANSFER TO ____

INCARCERATION PROGRAM FROM ____

TO: ▇▇▇▇▇▇▇▇

JUSTIFICATION: ____

PART II. (TRUSTY STATUS ONLY)
APPROVED FOR TRUSTY STATUS:
INCARCERATION PROGRAM: ▇▇▇▇▇
EFFECTIVE DATE: 5/15/2013

JUSTIFICATION: This inmate is being reviewed by the Classification Hearing officer for assignment to Trusty Status. According to MS Code 1972 annotated, Statue 47-5-138.1, an offender may be awarded a trusty time allowance of thirty (30) days' reduction of sentence for each thirty (30) days of participation during any calendar month in an approved program while in trusty status, including satisfactory participation in educational or instructional programs, satisfactory participation in work projects and satisfactory participation in any special incentive program effective April 28, 2004.

(Failure to remain in this approved program could result in loss of trusty status and the earned time allowance).

REMOVED FROM TRUSTY STATUS:
REASON: ____  EFFECTIVE DATE: ____

PART III.
☐ SATELLITE PLACEMENT    ☐ JOINT COUNTY STATE WORK PROGRAM
☐ OTHER: ▇▇▇▇▇
JUSTIFICATION: Approved to work on non-profit charitable organization work project. Defined by section 501 (c) (3) of the Internal Revenue Code of 1986.

Unit case Manager/Date    Present Work Supervisor/Date    New Work Supervisor/Date
Record Check By: VICTORIA EVANS    Via: COMPUTER    Received: 5-9-13

Age: 20    Race/Sex: WH / M

Offense(s): ROBBERY
Length of Sentence: 10 Y, 0 M, 0 D    County: LAUDERDALE
Sentence Date: 4/4/2013    Sentence Begin: 2/24/2011
Convictions: ____    Prior Confinements: ____    Custody: UNCLASSIFIE    Date: 9/30/2011
Escape Date: ____    Return Date: ____    Escape From: ____
Evaluation: ____    Entry Type: PROBATION REVOKED

☐ Detainer With Whom: ____
Medical Class: Good to excellent    Medications: ____
ERS Date: 12/17/2019    PAROLE Date: ____
TENT. Discharge: 02/21/2021    MAX Discharge: 02/21/2021

☐ Institutional Hearing Officer
No. of Disciplinaries: ____    Last RVR Date: ____    ☐ State Hearing Officer

CLASSIFICATION HEARING OFFICER ACTION

PL000425

| BULLOCK BRIAN KALE | Date: 5/15/2013 | | INTERVIEWED ☑ |
|---|---|---|---|
| Signature of Inmate | | | RECORD INTERVIEWED ☑ |

Tape#: V9    Side: B    Section:

YES VICTORIA E EVANS /NN                    NO

● Approved    ○ Disapproved

EDIA G COLEMAN                              6/27/2013

Director/Assistant Director of Offender Services Signature          DATE

☑ By checking this box, I certify that I am the duly authorized person whose name appears above.

PL000426