0DCCROFHZ0EPI595

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### March 10, 2017

**Date From:** 01/01/2014     **Date To:** 03/10/2017

**Offender Name:** BULLOCK, BRIAN KALE
**ID:** 169774                    **FBI ID:** 964357KD0
**SID:**                          **SSN:**

**Booking #:** B     **Booking Date:** 04/17/2013 13:31:00

**Facility:** WGCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WGCF 4D, BED 6508L | 12/15/2013 07:41:00 | 01/24/2014 10:05:00 |
| WGCF 4A, BED 6711L | 01/24/2014 10:05:00 | 03/13/2014 09:48:00 |
| WGCF 4A, BED 6705U | 03/13/2014 09:48:00 | 03/18/2014 07:40:00 |
| WGCF 4D, BED 6610L | 03/18/2014 07:40:00 | 04/07/2014 09:44:00 |
| WGCF MEDICAL CLINIC, MC-ISO-2 | 04/07/2014 09:44:00 | 04/08/2014 07:30:00 |
| WGCF 4D, BED 6513L | 04/08/2014 07:30:00 | 04/09/2014 16:00:00 |
| WGCF 4D, BED 6505L | 04/09/2014 16:00:00 | 05/13/2014 15:02:00 |

**Facility:** EAST MISS. CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| EAST MISS. CCF | 05/13/2014 15:02:00 | 05/14/2014 11:26:00 |
| EMCF UNIT 2, POD D, BED 215L | 05/14/2014 11:26:00 | 05/20/2014 07:00:00 |
| EMCF UNIT 4, POD D, BED 106L | 05/20/2014 07:00:00 | 05/20/2014 07:00:00 |
| EMCF UNIT 4, POD D, BED 106T | 05/20/2014 07:00:00 | 06/10/2014 14:42:00 |
| EMCF INTAKE, BED 313 | 06/10/2014 14:42:00 | 06/10/2014 15:03:00 |
| EMCF MEDICAL, BED 0519 | 06/10/2014 15:03:00 | 06/18/2014 11:28:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 06/18/2014 11:28:00 | 06/18/2014 15:29:00 |
| UNIT 29 | 06/18/2014 15:29:00 | 06/18/2014 16:55:00 |
| UNIT 29, BLD L, ZONE B, BED 0086 | 06/18/2014 16:55:00 | 08/05/2014 15:09:00 |
| UNIT 29, BLD L, ZONE B, BED 0156 | 08/05/2014 15:09:00 | 11/27/2014 23:01:00 |
| UNIT 29, BLD L, ZONE B, BED 0108 | 11/27/2014 23:01:00 | 12/07/2014 09:57:00 |
| UNIT 29, BLD L, ZONE A, BED 0028 | 12/07/2014 09:57:00 | 01/22/2015 16:13:00 |
| UNIT 29, BLD L, ZONE B, BED 0108 | 01/22/2015 16:13:00 | 02/10/2015 23:00:00 |
| UNIT 29, BLD L, ZONE B, BED 0084 | 02/10/2015 23:00:00 | 02/11/2015 18:38:00 |
| UNIT 29, BLD L, ZONE A, BED 0002 | 02/11/2015 18:38:00 | 02/12/2015 20:46:00 |
| UNIT 29, BLD L, ZONE B, BED 0084 | 02/12/2015 20:46:00 | 02/13/2015 16:24:00 |
| UNIT 29, BLD L, ZONE A, BED 0016 | 02/13/2015 16:24:00 | 03/25/2015 16:13:00 |

Page 1 of 2

**EXHIBIT "F"**

MTC-000778

| Housing Location | Housing Start Date | Housing End Date |
|---|---|---|
| UNIT 29, BLD J, ZONE B, BED 0096 | 03/25/2015 16:13:00 | 04/16/2015 12:52:00 |
| UNIT 29, BLD B, ZONE A, BED 0003 | 04/16/2015 12:52:00 | 04/16/2015 14:14:00 |
| UNIT 29, BLD B, ZONE A, BED 0009 | 04/16/2015 14:14:00 | 05/05/2015 16:00:00 |
| UNIT 29, BLD A, ZONE A, BED 0009 | 05/05/2015 16:00:00 | 05/05/2015 16:00:00 |
| UNIT 29, BLD A, ZONE A, BED 0010 | 05/05/2015 16:00:00 | 05/05/2015 16:00:00 |
| UNIT 29, BLD A, ZONE A, BED 0010 | 05/05/2015 16:00:00 | 05/06/2015 14:49:00 |
| UNIT 29, BLD A, ZONE B, BED 0050 | 05/06/2015 14:49:00 | 05/08/2015 14:43:00 |
| UNIT 29, BLD A, ZONE B, BED 0083 | 05/08/2015 14:43:00 | 12/31/2015 22:47:00 |
| HOSPITAL, SOUTH WARD, BED 201 | 12/31/2015 22:47:00 | 01/05/2016 13:51:00 |
| UNIT 29 | 01/05/2016 13:51:00 | 01/05/2016 15:00:00 |
| UNIT 29, BLD A, ZONE B, BED 0083 | 01/05/2016 15:00:00 | 01/14/2016 17:06:00 |
| HOSPITAL, SOUTH WARD, BED 204 | 01/14/2016 17:06:00 | 01/15/2016 21:02:00 |

**Facility:** NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MERIT HEALTH CENTRAL | 01/15/2016 21:02:00 | 01/19/2016 20:52:00 |

**Facility:** MSP

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 01/19/2016 20:52:00 | 01/19/2016 20:58:00 |
| HOSPITAL, WEST WARD, BED 219B | 01/19/2016 20:58:00 | 02/01/2016 15:14:00 |
| UNIT 29 | 02/01/2016 15:14:00 | 02/01/2016 20:35:00 |
| UNIT 29, BLD A, ZONE B, BED 0088 | 02/01/2016 20:35:00 | 02/10/2016 17:14:00 |
| HOSPITAL, EAST WARD, BED 227 | 02/10/2016 17:14:00 | 03/15/2016 12:34:00 |
| HOSPITAL, SOUTH WARD, BED 212 | 03/15/2016 12:34:00 | 03/22/2016 20:11:00 |
| HOSPITAL, WEST WARD, ISO I | 03/22/2016 20:11:00 | 04/05/2016 20:36:00 |
| HOSPITAL, EAST WARD, BED 227 | 04/05/2016 20:36:00 | 04/07/2016 12:17:00 |
| HOSPITAL, WEST WARD, ISO I | 04/07/2016 12:17:00 | 05/05/2016 17:12:00 |
| HOSPITAL, SOUTH WARD, BED 212 | 05/05/2016 17:12:00 | 05/10/2016 18:26:00 |
| UNIT 29 | 05/10/2016 18:26:00 | 05/10/2016 20:59:00 |
| HOSPITAL, SOUTH WARD, BED 212 | 05/10/2016 20:59:00 | 05/12/2016 16:10:00 |
| UNIT 29 | 05/12/2016 16:10:00 | 05/12/2016 17:13:00 |
| UNIT 29, BLD A, ZONE B, BED 0054 | 05/12/2016 17:13:00 | 11/18/2016 16:50:00 |
| UNIT 29, BLD J, ZONE B, BED 0096 | 11/18/2016 16:50:00 | 03/01/2017 12:29:00 |
| UNIT 29, BLD L, ZONE B, BED 0096 | 03/01/2017 12:29:00 | 03/03/2017 16:02:00 |
| UNIT 29, BLD A, ZONE B, BED 0054 | 03/03/2017 16:02:00 | [CURRENT] |

MTC-000779