# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Charles McGrew | **Visit Date:** | May 23, 2014 |
| **Patient ID:** | 29948 | **Provider:** | Charles R. Moore, MD |
| **Sex:** | Male | **Location:** | Southern Urology, PA |
| **Birthdate:** | May 6, 1943 | **Location Address:** | 139 Fairfield Drive<br>Hattiesburg, MS  394021303 |
| | | **Location Phone:** | 601-450-2401 |

## Chief Complaint

- Prostate cancer
- BPH

## History Of Present Illness

This is a 71 year-old male inmate from East MS Correctional Facility with a history of prostate cancer and elevated PSA.  3 prostate biopsies by Dr David Owens in Ocean Springs, MS starting in 2006 and last in 2010 and told he had gleason 6 prostate cancer.  He has been on watchful waiting.  He states PSA initially about 6 and last in 2010 about 22.  Prostate biopsy 11/13/12.  Pathology showed atypical in RLA and Gleason (3+3) RLM.

He presents to clinic for follow-up.  He is taking Flomax daily.  He states he still has syncopal episodes and does not feel Flomax has changed them and unknown source.  He states he had bone scan on MS coast 8/13 negative for obvious mets.  He has slight hesitancy.  No hematuria, dysuria, frequency, urgency or incontinence.  CT stone protocol 4/14 no stones.  He still wants nothing done with his prostate cancer and understands the risks of mets and pain, suffering and death.

PSA
32.6 4/8/14
22.7 10/5/12

## Past Medical History
Asthma; Benign Essential Hypertension; Blind; CAD; Cystitis - Acute; GERD; Hypercholesterolemia; Malignant Neoplasm - Prostate

## Past Surgical History
back; Coronary Stent; PROSTATE BIOPSY; Transrectal Ultra Sound Biopsy

## Medication List
albuterol sulfate Inhalation; amlodipine Oral; aspirin Oral tablet, chewable 81 mg; cyclobenzaprine oral; Flomax oral capsule,extended release 24hr 0.4 mg; lisinopril oral; Paxil oral tablet 30 mg; pravastatin oral; Qvar inhalation

## Allergy List
NO KNOWN DRUG ALLERGIES

## Family Medical History
Family History Unknown

## Social History
Alcohol (Never); Single; Tobacco (Never)

## Review of Systems
**Eyes**
- Admits : cataracts

**EXHIBIT "G"**

SSU-1069
[Digital Signature Validated]