

# Management & Training Corporation

# LOG BOOK

UNIT: *HWY Prickett*

DATE: *6-4-2014*

**EXHIBIT "H"**

MTC-000781



# LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-9 | 2310 | c/o Mays + c/o Stewart | Tucker |
| 6-9 | 2310 | rackdown + count on | Tucker |
| 6-9 | 2310 | A-Pod | Tucker |
| 6-9 | 2314 | c/o Mays + c/o Stewart rack- | Tucker |
| 6-9 | 2314 | down + count on B-Pod | Tucker |
| 6-9 | 2318 | c/o Mays + c/o Stewart rack- | Tucker |
| 6-9 | 2318 | down + count on C-Pod | Tucker |
| 6-9 | 2324 | c/o Mays + Stewart rack- | Tucker |
| 6-9 | 2324 | down + count on D-Pod | Tucker |
| 6-10 | 0025 | c/o Mays + c/o Stewart | Tucker |
| 6-10 | 0025 | enter C-Pod to get offender | Tucker |
| 6-10 | 0025 | Evans out to be housed | Tucker |
| 6-10 | 0025 | in Medical over night | Tucker |
| 6-10 | 0025 | for transport | Tucker |
| 6-10 | 0028 | c/o Mays exit HUY | Tucker |
| 6-10 | 0051 | c/o Stewart count + | Tucker |
| 6-10 | 0051 | Security Check A-Pod | Tucker |
| 6-10 | 0054 | c/o Stewart count + | Tucker |
| 6-10 | 0054 | Security Check B-Pod | Tucker |
| 6-10 | 0057 | c/o Stewart count + | Tucker |
| 6-10 | 0057 | Security Check C-Pod | Tucker |
| 6-10 | 0058 | c/o Mays + c/o McNeil enter | Tucker |
| 6-10 | 0058 | HUY | Tucker |
| 6-10 | 0059 | c/o Mays + c/o McNeil count | Tucker |
| 6-10 | 0059 | ==Security Check D-Pod== | Tucker |
| 6-10 | 0105 | Lendified Counts Clear | Tucker |
| 6-10 | 0105 | c/o Mays + c/o McNeil exit | Tucker |

62



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0105 | NU4 | Tucker |
| 6-10 | 0106 | Begin 0000hr Count | Tucker |
| 6-10 | 0113 | C/O Mays return to NU4 | Tucker |
| 6-10 | 0128 | Captain Thomas + Lt. | Tucker |
| 6-10 | 0128 | Brown enter NU4 | Tucker |
| 6-10 | 0128 | Making Rounds | Tucker |
| 6-10 | 0129 | 0000hr Count is clear | Tucker |
| 6-10 | 0130 | Begin 0100hr Count | Tucker |
| 6-10 | 0130 | Lt. Brown Making | Tucker |
| 6-10 | 0130 | Rounds on each pod | Tucker |
| 6-10 | 0130 | Check in Showers | Tucker |
| 6-10 | 0132 | All Showers left un- | Tucker |
| 6-10 | 0132 | secured | Tucker |
| 6-10 | 0133 | C/O Mays Security check | Tucker |
| 6-10 | 0133 | C-Pod | Tucker |
| 6-10 | 0136 | Captain Thomas + Lt. | Tucker |
| 6-10 | 0136 | Brown + C/O Steward | Tucker |
| 6-10 | 0136 | exit NU4 | Tucker |
| 6-10 | 0140 | C/O Mays enroute with | Tucker |
| 6-10 | 0140 | offender Evans to | Tucker |
| 6-10 | 0140 | Medical | Tucker |
| 6-10 | 0159 | Count is clear | Tucker |
| 6-10 | 0200 | Begin Count | Tucker |
| 6-10 | 0200 | C/O Mays return to NU4 | Tucker |
| 6-10 | 0234 | Count is clear | Tucker |
| 6-10 | 0241 | C/O Mays enter C-Pod to | Tucker |
| 6-10 | 0241 | Wake up Kitchen workers | Tucker |

63

MTC-000844



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0241 | Conduct Count + Security | Tucker |
| 6-10 | 0241 | Check | Tucker |
| 6-10 | 0244 | C/o Mays Count + Security | Tucker |
| 6-10 | 0244 | Check B-Pod | Tucker |
| 6-10 | 0247 | C/o Mays Count + Security | Tucker |
| 6-10 | 0247 | Check B-Pod | Tucker |
| 6-10 | 0250 | C/o Mays Count + Security | Tucker |
| 6-10 | 0250 | Check A-Pod | Tucker |
| 6-10 | 0251 | Offender Whitfield | Tucker |
| 6-10 | 0251 | enroute to the kitchen | Tucker |
| 6-10 | 0300 | Begin Count | Tucker |
| 6-10 | 0320 | Offender Bradley enroute | Tucker |
| 6-10 | 0320 | to the kitchen | Tucker |
| 6-10 | 0330 | Count is Clear | Tucker |
| 6-10 | 0332 | C/o Mays Count + Security | Tucker |
| 6-10 | 0332 | Check A-Pod | Tucker |
| 6-10 | 0334 | C/o Stewart return to | Tucker |
| 6-10 | 0334 | Hoy | Tucker |
| 6-10 | 0334 | C/o Mays Count + Security | Tucker |
| 6-10 | 0334 | Check B-Pod | Tucker |
| 6-10 | 0338 | C/o Mays Count + Security | Tucker |
| 6-10 | 0338 | Check C-Pod | Tucker |
| 6-10 | 0340 | C/o Mays Count + Security | Tucker |
| 6-10 | 0340 | Check D-Pod | Tucker |
| 6-10 | 0343 | C/o Mays enter B-Pod to | Tucker |
| 6-10 | 0343 | get up Insulin | Tucker |
| 6-10 | 0345 | Offenders Comb, Gentry + | Tucker |

64

MTC-000845



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0345 | Gordon enroute to the kitchen | Tucker |
| 6-10 | 0345 | | Tucker |
| 6-10 | 0349 | Code Blue HU4 Bravo | Tucker |
| 6-10 | 0349 | Offender Moore not | Tucker |
| 6-10 | 0349 | responding | Tucker |
| 6-10 | 0349 | Nurses enter HU4 & | Tucker |
| 6-10 | 0349 | then enter B-Pod | Tucker |
| 6-10 | 0359 | Offender Gordon return | Tucker |
| 6-10 | 0359 | from Insulin | Tucker |
| 6-10 | 0400 | Begin Count | Tucker |
| 6-10 | 0402 | Offenders Comb & Gentry | Tucker |
| 6-10 | 0402 | return from Insulin | Tucker |
| 6-10 | 0403 | Lt. Brown enter HU4 | Tucker |
| 6-10 | 0403 | responding to Code Blue | Tucker |
| 6-10 | 0405 | Captain Thomas enter | Tucker |
| 6-10 | 0405 | HU4 & then enter B-Pod | Tucker |
| 6-10 | 0405 | responding to Code Blue | Tucker |
| 6-10 | 0406 | Code Blue on HU4 Bravo | Tucker |
| 6-10 | 0406 | Code Green | Tucker |
| 6-10 | 0409 | Nurse Newman exit HU4 | Tucker |
| 6-10 | 0411 | Nurse Atwood & Nurse | Tucker |
| 6-10 | 0411 | Harris exit HU4 | Tucker |
| 6-10 | 0411 | Captain Thomas & Lt. | Tucker |
| 6-10 | 0411 | Brown exit HU4 | Tucker |
| 6-10 | 0411 | Offender Clemons enroute | Tucker |
| 6-10 | 0411 | to Insulin | Tucker |
| 6-10 | 0411 | Offenders Bryant & Nux refused | Tucker |

65

MTC-000846



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0415 | Nurse Newman return | Tucker |
| 6-10 | 0415 | to HU4 then so to cell | Tucker |
| 6-10 | 0415 | 114 for offender Moore | Tucker |
| 6-10 | 0418 | Nurse Newman exit HU4 | Tucker |
| 6-10 | 0423 | Offender Whitfield | Tucker |
| 6-10 | 0423 | return from kitchen | Tucker |
| 6-10 | 0423 | Offender Clemons return | Tucker |
| 6-10 | 0423 | from Insulin | Tucker |
| 6-10 | 0439 | Count is clear | Tucker |
| 6-10 | 0500 | Begin Count | Tucker |
| 6-10 | 0501 | C/O Stewart count + security | Tucker |
| 6-10 | 0501 | Check B-Pod | Tucker |
| 6-10 | 0502 | C/O Mays count + security | Tucker |
| 6-10 | 0502 | Check C-Pod | Tucker |
| 6-10 | 0504 | C/O Stewart count + security | Tucker |
| 6-10 | 0504 | Check A-Pod | Tucker |
| 6-10 | 0504 | C/O Mays count + security | Tucker |
| 6-10 | 0504 | Check D-Pod | Tucker |
| 6-10 | 0531 | Count is clear | Tucker |
| 6-10 | 0600 | Begin Count | Tucker |
| 6-10 | 0603 | C/O Mays enroute with | Tucker |
| 6-10 | 0603 | Offender Robertson to get | Tucker |
| 6-10 | 0603 | trays | Tucker |
| 6-10 | 0617 | C/O Mays + offender Robertson | Tucker |
| 6-10 | 0617 | return with trays | Tucker |
| 6-10 | 0620 | Feeding Begin on D-Pod | Tucker |
| 6-10 | 0620 | Feeding Begin on A-Pod | Tucker |

66

MTC-000847


Management & Training Corporation

## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0623 | Feeding complete on | Tucker |
| 6-10 | 0623 | A-Pod | Tucker |
| 6-10 | 0623 | Feeding complete on | Tucker |
| 6-10 | 0623 | D-Pod | Tucker |
| 6-10 | 0625 | Feeding Begin on | Tucker |
| 6-10 | 0625 | C-Pod | Tucker |
| 6-10 | 0626 | Feeding Begin on | Tucker |
| 6-10 | 0626 | B-Pod | Tucker |
| 6-10 | 0627 | Count is clear | Tucker |
| 6-10 | 0629 | Feeding complete on C-Pod | Tucker |
| 6-10 | 0630 | Feeding complete on B-Pod | Tucker |
| 6-10 | 0637 | C/O Stewart enroute to | Tucker |
| 6-10 | 0637 | take bedbook up | Tucker |
| 6-10 | 0637 | Code Black HU5 Bravo | Tucker |
| 6-10 | 0638 | C/O Mays + C/O Stewart | Tucker |
| 6-10 | 0638 | enroute to HU5 responding | Tucker |
| 6-10 | 0638 | to Code Black | Tucker |
| 6-10 | 0643 | Code Black Code Green | Tucker |
| 6-10 | 0643 | HU5 Bravo | Tucker |
| 6-10 | 0650 | Mrs. Alexander enter | Tucker |
| 6-10 | 0650 | HU4 to pick up Medical | Tucker |
| 6-10 | 0650 | Slips | Tucker |
| 6-10 | 0652 | Mrs. Alexander exit HU4 | Tucker |
| 6-10 | 0653 | ofRende-Edwards enroute | Tucker |
| 6-10 | 0653 | to work Medical | Tucker |
| 6-10 | 0653 | C/O Mays + C/O Stewart | Tucker |
| 6-10 | 0653 | return to HU4 | Tucker |

67

MTC-000848



# LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6-10 | 0655 | C/O Brown + C/O Myers | Tucker |
| 6-10 | 0655 | enter HU4 | Tucker |
| 6-10 | 0656 | Mrs. Moss enter HU4 | Tucker |
| 6-10 | 0657 | C/O Brown exit HU4 | Tucker |
| 6-10 | 0700 | Begin Certified Count | Tucker |
| 6-10 | 0700 | Mrs. Moss passing | Tucker |
| 6-10 | 0700 | out shoes on D-Pod | Tucker |
| 6-10 | 0701 | Shoes being passed out | Tucker |
| 6-10 | 0701 | on A-Pod | Tucker |
| 6/10 | 0705 | Mrs. Moss exit HU4 | Brown |
| 6/10 | 0710 | C/O Stephens enter HU4 | Brown |
| 6/10 | 0711 | C/O Myers C/O Stephens count A | Brown |
| 6/10 | 0711 | pod | Brown |
| 6/10 | 0714 | C/O Myers C/O Stephens count B pod | Brown |
| 6/10 | 0717 | C/O Myers C/O Stephens count C pod | Brown |
| 6/10 | 0720 | C/O Myers C/O Stephens count D pod | Brown |
| 6/10 | 0740 | Count Clear | Brown |
| 6/10 | 0743 | C/O W. Brown Enter HU4 D pod | Brown |
| 6/10 | 0757 | U.M. Hollie Enter HU4 B pod | Brown |
| 6/10 | 0757 | To get the fan | Brown |
| 6/10 | 0758 | U.M. Hollie Exit HU4 | Brown |
| 6/10 | 0803 | A-C Rec yard | Brown |
| 6/10 | 0808 | Begin daily Radio check | Brown |
| 6/10 | 0814 | Complete daily Radio check | Brown |
| 6/10 | 0815 | C/O W. Brown Exit HU4 with | Brown |
| 6/10 | 0815 | George Shield D pod cell 204 | Brown |
| 6/10 | 0820 | Canteen Spinks, Evan, Lockett | Brown |

68

MTC-000849



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6/10 | 0820 | ENTER HU4 Apod canteen | BROWN |
| 6/10 | 0832 | Bpod canteen | BROWN |
| 6/10 | 0847 | Cpod canteen | BROWN |
| 6/10 | 0852 | MR. Smith ENTER HU4 to get his class | BROWN |
| 6/10 | 0857 | Dpod canteen | BROWN |
| 6/10 | 0858 | MR. Smith EXIT HU4 | BROWN |
| 6/10 | 0858 | Sgt Dukes ENTER HU4 | BROWN |
| 6/10 | 0859 | Sgt Dukes EXIT HU4 | BROWN |
| 6/10 | 0903 | CERT TEAM Sgt Ruffins, Sgt | BROWN |
| 6/10 | 0903 | Altman, Sgt Dukes ENTER HU4 | BROWN |
| 6/10 | 0904 | Warden Hugan ENTER HU4 Bpod | BROWN |
| 6/10 | 0904 | pod cell search & pat search | BROWN |
| 6/10 | 0907 | C/O Strickland ENTER HU4 Bpod | BROWN |
| 6/10 | 0908 | C/O Strickland EXIT HU4 | BROWN |
| 6/10 | 0910 | Warden Rice ENTER HU4 Bpod | BROWN |
| 6/10 | 0911 | U.M. Hollie ENTER HU4 Bpod | BROWN |
| 6/10 | 0912 | canteen Spinks EXIT HU4 | BROWN |
| 6/10 | 0921 | Warden Rice, Warden Hugan | BROWN |
| 6/10 | 0921 | EXIT HU4 | BROWN |
| 6/10 | 0921 | C/O Strickland ENTER HU4 Bpod | BROWN |
| 6/10 | 0925 | M.H. Thomas, M.H. Luckett ENTER | BROWN |
| 6/10 | 0926 | HU4 bpod making rounds | BROWN |
| 6/10 | 0930 | U.M. Hollie EXIT HU4 | BROWN |
| 6/10 | 0932 | ARP MRS. Naidow ENTER HU4 to | BROWN |
| 6/10 | 0932 | get ARP & serve | BROWN |
| 6/10 | 0933 | MR. Kelly ENTER HU4 to get his | BROWN |
| 6/10 | 0933 | class | BROWN |

69



# LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6/10 | 0935 | Nurse Townsend ENTER HUY | BROWN |
| 6/10 | 0935 | fur pill call A pod pill call | BROWN |
| 6/10 | 0936 | C.M. Windham ENTER HUY | BROWN |
| 6/10 | 0936 | pod making rounds | BROWN |
| 6/10 | 0936 | Sgt Westmoreland ENTER HUY | BROWN |
| 6/10 | 0936 | Bpod | BROWN |
| 6/10 | 0940 | Ms. Steel ENTER HUY to get legal | BROWN |
| 6/10 | 0940 | mail & pass out mail | BROWN |
| 6/10 | 0942 | Mrs. Naidow Ms. Steel EXIT | BROWN |
| 6/10 | 0942 | HUY | BROWN |
| 6/10 | 0946 | Cpod pill call | BROWN |
| 6/10 | 0955 | Dpod pill call | BROWN |
| 6/10 | 1000 | Begin count | BROWN |
| 6/10 | 1000 | M.H. Thomas M.H. Luckett | BROWN |
| 6/10 | 1000 | C.M. Windham un cpod making | BROWN |
| 6/10 | 1000 | Rounds | BROWN |
| 6/10 | 1005 | c/o Myers c/o Stephens count A | BROWN |
| 6/10 | 1005 | pod | BROWN |
| 6/10 | 1007 | c/o Myers c/o Stephens count Bpod | BROWN |
| 6/10 | 1009 | c/o Myers c/o Stephens count C | BROWN |
| 6/10 | 1009 | pod | BROWN |
| 6/10 | 1011 | c/o Myers count npod | BROWN |
| 6/10 | 1014 | Sgt Cotton ENTER HUY Cpod | BROWN |
| 6/10 | 1014 | RVR | BROWN |
| 6/10 | 1017 | Bpod pill call | BROWN |
| 6/10 | 1020 | code Black HU1 Bpod | BROWN |
| 6/10 | 1021 | code Black now code Green Hu1 Bpod | BROWN |

70



## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6/10 | 1029 | M.H. Thomas. M.H. Lockett on | BROWN |
| 6/10 | 1029 | B pod making Rounds c/o Stephens | BROWN |
| 6/10 | 1030 | C.M. Windham EXIT HUY | BROWN |
| 6/10 | 1031 | MR. Ford ENTER HUY B pod | BROWN |
| 6/10 | 1031 | Nurse Townsend EXIT HUY | BROWN |
| 6/10 | 1038 | Count Clear | BROWN |
| 6/10 | 1038 | Sgt Cotton EXIT HUY | BROWN |
| 6/10 | 1048 | M.H. Thomas. M.H. Lockett on | BROWN |
| 6/10 | 1048 | A pod making Rounds c/o Stephens | BROWN |
| 6/10 | 1107 | MR. Ford EXIT HUY | BROWN |
| 6/10 | 1108 | M.H. Thomas M.H. Lockett EXIT | BROWN |
| 6/10 | 1108 | HUY | BROWN |
| 6/10 | 1128 | LT Jones U.M. Anderson ENTER | BROWN |
| 6/10 | 1128 | HUY B pod | BROWN |
| 6/10 | 1138 | LT Jones EXIT HUY | BROWN |
| 6/10 | 1139 | C/o mfers EXIT HUY to Kitchen | BROWN |
| 6/10 | 1139 | TU get TRAYS | BROWN |
| 6/10 | 1144 | c/o mfers ENTER HUY with trays | BROWN |
| 6/10 | 1144 | on A pod feeding & count | BROWN |
| 6/10 | 1145 | c/o Stephens feeding & count B | BROWN |
| 6/10 | 1145 | pod | |
| 6/10 | 1147 | c/o mfers feeding & count B pod | |
| 6/10 | 1149 | c/o Stephens feeding & count A | BROWN |
| 6/10 | 1149 | pod | BROWN |
| 6/10 | 1150 | Prepare for 1200 count | BROWN |
| 6/10 | 1151 | CERT TEAM Sgt Altman, Sgt | BROWN |
| 6/10 | 1151 | Ruffin, Sgt Dukes EXIT HUY | BROWN |

71

MTC-000852



# LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6/10 | 1131 | Sgt Westmore EXIT HU4 | BROWN |
| 6/10 | 1200 | Cease All inmate movement | BROWN |
| 6/10 | 1200 | Begin Count | BROWN |
| 6/10 | 1208 | CERT TEAM Sgt Ruffin CpT | BROWN |
| 6/10 | 1208 | D+Kes, C/O Lord Sg Brown, Sgt | BROWN |
| 6/10 | 1208 | Delaine ENTER HU4 | BROWN |
| 6/10 | 1212 | CERT TEAM Sgt Ruffins, Sgt | BROWN |
| 6/10 | 1212 | Dukes, Sgt Altman, Sgt Ruffins | BROWN |
| 6/10 | 1212 | Sgt Westmoreland EXIT HU4 | BROWN |
| 6/10 | 1212 | Sgt Delaine, Sgt Brown C/O Lord | BROWN |
| 6/10 | 1212 | EXIT HU4 | BROWN |
| 6/10 | 1217 | MR. LEE ENTER HU4 Bpod | BROWN |
| 6/10 | 1222 | MR. LEE EXIT HU4 | BROWN |
| 6/10 | 1233 | Count Clear | BROWN |
| 6/10 | 1300 | B-D Recyard | BROWN |
| 6/10 | 1310 | C/O Jones ENTER HU4 Dpod to | BROWN |
| 6/10 | 1310 | get Charles McGrew for TRAN | BROWN |
| 6/10 | 1310 | Sport Dpod cell 106 | BROWN |
| 6/10 | 1311 | Code HU4 Dpod | BROWN |
| 6/10 | 1313 | Nurse Townsend, Nurse Jones | BROWN |
| 6/10 | 1313 | Nurse Nicholson, Nurse Little, M.H. | BROWN |
| 6/10 | 1318 | Thomas, LT Roberts, Nurse | BROWN |
| 6/10 | 1318 | Dunn ENTER HU4 Dpod cell | BROWN |
| 6/10 | 1318 | 106 Charles McGrew | BROWN |
| 6/10 | 1319 | Nurse Townsend, Nurse Jones, | BROWN |
| 6/10 | 1319 | Nurse Little, M.H. Thomas. Nurse | BROWN |
| 6/10 | 1319 | Dunn LT Roberts M.H. Hollie | BROWN |

72

MTC-000853



**Management & Training Corporation**

## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| 6/10 | 1319 | EXIT HU4 C/O Stephen ENTER DPod | BROWN |
| 6/10 | 1319 | C/O Jones EXIT HU4 | BROWN |
| 6/10 | 1320 | CPT NAIDOW ENTER HU4 DPod | BROWN |
| 6/10 | 1320 | Cell 106 Charles McGrew | BROWN |
| 6/10 | 1328 | SgT Cotton ENTER HU4 | BROWN |
| 6/10 | 1330 | Warden Hogan, MR. Porter enter | BROWN |
| 6/10 | 1330 | HU4 DPod | BROWN |
| 6/10 | 1331 | SgT Cotton, CPT NAIDOW EXIT | BROWN |
| 6/10 | 1331 | HU4 | BROWN |
| 6/10 | | Warden Hogan want The | BROWN |
| 6/10 | | Book | BROWN |

Major Smith close out Book
6-10-2014

73

MTC-000854