## Mississippi Department of Corrections
### Offender Data Sheet

**Offender Number:** 169774     **Name:** BULLOCK, BRIAN KALE

**Date of Birth:** 05/16/1992     **FBI Number:** 964357KD0     **Race:** WHITE    **Sex:** MALE

**Height:** 5' 8"  **Weight:** 180     **Hair Color:** BROWN     **Eye Color:** BROWN

**SSN:**     **Complexion:** FAIR     **Build:** BLD A

**Location:** UNIT 29     **Custody:** INMATE     **Entry Date:** 05/09/2013

**Location Change Date:** 01/05/2016     **Custody Date:** 2/13/2015 12:00:00/     **ERS Date:**

**Medical Class:** 4     **Level of Care:** C     **Tentative Release:** 08/15/2041

**Custody Status Reason:** PROBATION REVOKED     **Facility Restriction:** Extended Care Facility

**Custody Level:** CLOSE

**Term to Serve:** 30 Y, 0 M, 0 D     **Status:** ACTIVE

**Court Ordered Status:**

**Statutory Parole Date:**

**Parole Set Off Date:**

**Parole Revocation Hearing Date:**

| Sent # | Offense | Involvement | Date | County | Term | CC/CS |
|---|---|---|---|---|---|---|
| 2 | MURDER 2ND DEGREE | | 06/01/2015 | LAUDERDALE | 20 Y, 0 M, 0 D | 0/1 |
| 1 | ROBBERY | | 04/04/2013 | LAUDERDALE | 10 Y, 0 M, 0 D | 0/0 |

# PERSONS INVOLVED

MTC-000108

**Mississippi Department of Corrections**
**Offender Data Sheet**



Picture Date: 05/10/2012

**Offender Number:** 174953
**Date Of Birth:** 05/06/1943
**Height:** 6'00"    **Weight:** 170
**SSN:**

**Last Name:** MCGREW

**FBI Number:** 174471JD4
**Hair Color:** GREY OR PART
**Complexion:** FAIR

**First Name:** CHARLES ELLIOT
**Race:** WH    **Sex:** M
**Eye Color:** UNKNOWN
**Build:** MEDIUM

**Scars/Marks/Tattoos:**
SMT etc... G  Black      Hand / SMT etc... Hearts  Roses  Names  Black  Arm  nonspecific

**Location:** EMCF UNIT 4
**Location Change Date:** 02/13/2014
**Medical Class:** 3
**Custody Status Reason:** NEW PRISONER
**Facility Restriction:** Extended Care Facility
**Custody Level:** MEDIUM
**Term to Serve:** 15 Y,  0 M,   0 D
**Court Ordered Status:**
**Statutory Parole Date:** 03/14/2013
**Parole Set Off Date:** 04/14/2011
**Parole Revocation Hearing Date:** 04/08/2011

**Custody:** INMATE
**Custody Date:** 05/29/2012
**Level of Care:** C

**Entry Date:** 05/10/2012
**Tent. ERS Date:**
**Tentative Release:** 06/25/2025

**Status:** ACTIVE

**Denotes charges have an associated modifier:

| Sent# | Offense | Date | County | Term | CC/CS |
|-------|---------|------|--------|------|-------|
| 1 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 0/0 |
| 2 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 1/0 |

MTC-000109

**Mississippi Department of Corrections**
**Offender Data Sheet**



Picture Date: 05/09/2013

**Offender Number:** 169774
**Date Of Birth:** 05/16/1992
**Height:** 5'08"    **Weight:** 180
**SSN:**

**Last Name:** BULLOCK

**FBI Number:** 964357KD0
**Hair Color:** BROWN
**Complexion:** FAIR

**First Name:** BRIAN KALE
**Race:** WH   **Sex:** M
**Eye Color:** BROWN
**Build:** MEDIUM

**Scars/Marks/Tattoos:**
SMT etc... Multi Tattoos Added To Arms Hands Chest Side  Gang  Black  Arm  nonspecific    / SMT etc... $ (

**Location:** UNIT 29
**Location Change Date:** 06/18/2014
**Medical Class:** 1
**Custody Status Reason:** PROBATION REVOKED
**Facility Restriction:** No Restriction
**Custody Level:** MEDIUM
**Term to Serve:** 10 Y,  0 M,  0 D
**Court Ordered Status:**
**Statutory Parole Date:** 03/14/2013
**Parole Set Off Date:** 04/14/2011
**Parole Revocation Hearing Date:** 04/08/2011

**Custody:** INMATE
**Custody Date:** 06/27/2013
**Level of Care:** C

**Entry Date:** 05/09/2013
**Tent. ERS Date:** 11/22/2018
**Tentative Release:** 01/28/2020

**Status:**

\*\*Denotes charges have an associated modifier:

| Sent# | Offense | Date | County | Term | CC/CS |
|-------|---------|------|--------|------|-------|
| 1 | ROBBERY | 04/04/2013 | LAUDERDALE | 10 Y, 0 M, 0 | 0/0 |

MTC-000110

# REPORTS

MTC-000111



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Christopher B. Epps
COMMISSIONER

# MDOC Death Of Offender Report

To: Facility Extraordinary Officer _M. Rice_ and Superintendent/Warden
From: Chaplain _J. Newbaker_ Facility _EMCF_

RE: Death of Offender _Charles McGrew_

MDOC ID # _174953_ Housing Unit/Location _EMCF UNIT 4_

Date of Birth _5/6/43_ Sex _M_ Race _W_
Offense/Charges _Unlawful Touching / Child x2_
County Where charged _Harrison_ Sentence _15yrs_

Date of Death _6/10/14_ Time _1401_ Location _EMCF_

Cause of Death if Known (unofficial) _UNKNOWN_

Attending Physicians at Time of Death _EMCF MEDICAL_
(Chaplains will not speculate in any case regarding offender death/illness. Family
contact to be informed that state autopsy will be performed as normal procedure.)

Name of Family Notified _Tiffany McGrew_

Relationship to Offender _Daughter_

Telephone number of contact _██████████_
Date of contact _6/10/14_ Time of contact _1440_
Physical Address of contact _████████████████████_
_████████████████_

(A brief narrative of contact process will be attached. Chaplain will assist family
with funeral contact arrangements and receiving any personal belongings.)

CC:   Communications Director
      Victim Services
      Director of Religious Programs

MTC-000112

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

**BRIAN KALE BULLOCK**
   **22 Years Old  Male  DOB:** 05/16/1992  **RACE:** Caucasian   **SEC LEV:** MEDIUM   **LOC:** C   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF MEDICAL, BED 0519

**MDOC #:** 169774

**06/10/2014 - Interdisciplinary Progress Note: Office Visit - Interview/Assessment**
**Provider: Amy Hodgson, LPC, LPT**
**Location of Care: East Mississippi Correctional Facility**

## Interdisciplinary Progress Note

**S:** "I never saw this coming. I don't know what to think I liked Captain. He was a good old guy."

**O:** IM was interviewed and assessed in the classroom on HU 4 following an incident involving his roommate, #174953.

IM made the following statements to this writer:  "Captain talked to his family, his daughter I think, last night....on a cell phone ma'am, and after that he just sat up in his chair, flipping through family pictures, crying and just kept saying 'I don't know what I'm going to do.  I went on to sleep, and when I woke up at 5 this morning, he was still sitting up, looking at all of those pictures and crying.  He ate his breakfast. He was fine.  A couple of guys came in and checked on him, tried to talk to him. He told me to shut the curtain, that he didn't want to talk to anybody.  The psych ladies came by but he didn't get up to talk to them either. He was in his bed with his head covered up. He was snoring real loud and I was like man he is off in it deep, getting some good sleep. I tried to get him up when lunch trays came, but he mumbled that he didn't want it and told me to put it on the table. Then Doug came and said that Captain (IM's roommate) had to go out on transport but we couldn't get him to get up.  We shook him and he wasn't saying nothing so we ran to get the police to get some help. That's when all of this happened. I don't know what to think. I never saw any of this coming."

**A:** IM is emotionally reactive to incident involving his roommate, who he refers to as Captain. IM was tearful while talking about events of last night and this morning. IM denied any S/H ideations or urges to engage in SIB.  IM was cooperative, alert and oriented XS 4 during interview.

**P:** Continue to monitor this offender for any clinical sxs of mental/emotional decompensation or negative reaction to trauma.

**E:** Verbal report given to Investigations Department, Director of Mental Health and to Unit Psychologist for Unit 4.

## Interdisciplinary Progress Note

## Vital Signs

Electronically Signed by Amy Hodgson, LPC, LPT on 06/10/2014 at 3:13 PM

---

MTC-000113

MDOCRIMCA10EPI595

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Detail

### June 10, 2014

---

**Incident Information:**

| | |
|---|---|
| **ID:** | EMCF-14-0306 |
| **Facility:** | East Miss. CCF |
| **Location:** | East Miss. CCF |
| **Date:** | 06/10/2014 13:11 |
| **Category:** | GENERAL |
| **Type:** | Extraordinary Occurrence |
| **Staff:** | Dykes, Christopher O |

| | |
|---|---|
| **Chemical Restraint:** | N |
| **Mechanical Restraint:** | N |
| **Combined:** | No |
| **State:** | |

---

**Offender:** MCGREW, CHARLES ELLIOT
**ID:** 174953

**Description(s):**

Staff: Dykes, Christopher O
Reported: 06/10/2014 16:23          Submitted: 06/10/2014

On 6-10-14 at approximately 1311 hours a code blue was called on housing unit four D-pod. Offender Charles Elliot McGrew#174953, who is housed in cell 4D-106, was found unresponsive in his cell by Officer M. Jones. Officer Jones was getting the offender to transport him for an echocardiogram for terminal illness. The offender was found alone in his cell but has a cell mate. The cell mate was not present in the cell when the offender was found unresponsive with a ligature around his neck but the ligature was not tied to any other object. At approximately 1311 hours staff called a code blue. Medical staff arrived on the unit at approximately 1313 hours. The offender was taken to the EMCF medical department where emergency medical treatment was administered. Metro ambulance was summoned and entered the facility at approximately 1329 hours. Metro ambulance exited EMCF at approximately 1349 hours with the offender escorted by officers R. Wallace and J. King. Upon arrival at the Rush hospital emergency department the offenders time of death was declared at 1401 hours. All appropriate documentation was completed of the incident and all appropriate chain of command were notified. All documentation was turned over to the EMCF investigative department. The cell was sealed pending further investigation. All further information will be forwarded as obtained.

**East Mississippi Correctional Facility**
10641 Hwy 80 W  Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Summary

## CHARLES ELLIOT MCGREW
**71 Years Old  Male  DOB:** 05/06/1943  **RACE:** Caucasian  **SEC LEV:** MEDIUM  **LOC:** C  **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

### Patient Information
| | | | |
|---|---|---|---|
| **Name:** | CHARLES ELLIOT MCGREW | **Home Phone:** | |
| **Address:** | | **Work Phone:** | |
| **Patient ID:** | 157588-2699001 | **Fax:** | |
| **Birth Date:** | 05/06/1943 | **Status:** | Active |
| **Gender:** | Male | **Marital Status:** | Undetermined |
| **Contact By:** | | **Race:** | Caucasian |
| **Soc Sec No:** | | **Language:** | |
| **Resp Prov:** | | **MDOC:** | 174953 |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | Mississippi Department of Corrections | **External ID:** | |

### Problems
BACK PAIN (ICD-724.5)
ATRIAL FIBRILLATION (ICD-427.31)
PROSTATE CANCER (ICD-185)
URINARY TRACT INFECTION (UTI) (ICD-599.0)
DEGEN LUMBAR/LUMBOSACRAL INTERVERTEBRAL DISC (ICD-722.52)
POSTSURG PERCUT TRANSLUMINAL COR ANGPLSTY STS (ICD-V45.82)
CHRONIC OBSTRUCTIVE PULMONARY DISEASE (ICD-496)
HYPERTENSION (ICD-401.1)
CAD (ICD-414.00)

### Procedures

### Medications
VENTOLIN HFA AERS 108 (90 BASE) MCG/ACT (ALBUTEROL SULFATE) 1-2 puffs Q 4-6hrs PRN
Last Refill: #1 x 5, 02/13/2014, Kristen Ashmore, RN DON
ASPIRIN CHEW 81 MG (ASPIRIN) Take 1 tablet by mouth daily
Last Refill: #30 x 5, 02/13/2014, Kristen Ashmore, RN DON
NORVASC 5 MG  TABS (AMLODIPINE BESYLATE) Take 1 tablet by mouth daily
Last Refill: #30 x 2, 05/20/2014, Derrick Edwards, MD
LISINOPRIL 10 MG  TABS (LISINOPRIL) Take 1/2 tablet by mouth daily
Last Refill: #30 x 5, 02/19/2014, Derrick Edwards, MD
FLOMAX 0.4 MG  XR24H-CAP (TAMSULOSIN HCL) Take 1 tablet by mouth QHS
Last Refill: #30 x 2, 05/20/2014, Derrick Edwards, MD
PAXIL 30 MG  TABS (PAROXETINE HCL) TAKE ONE TAB by mouth EVERY AM
COLACE 100 MG  CAPS (DOCUSATE SODIUM) take one by mouth daily
Last Refill: #14 x 0, 04/10/2014, Ashley Johnson, LPN
FIBERCON 625 MG  TABS (CALCIUM POLYCARBOPHIL) take one by mouth daily
Last Refill: #14 x 0, 04/10/2014, Ashley Johnson, LPN
CYCLOBENZAPRINE HCL 10 MG TABS (CYCLOBENZAPRINE HCL) Take 1/2 (one-half) tablet by mouth twice daily.
Last Refill: #60 x 5, 04/30/2014, Kimberly Townsend, LPN
PRAVASTATIN SODIUM 40 MG TABS (PRAVASTATIN SODIUM) Take 1 tab by mouth at bedtime.
Last Refill: #30 x 5, 04/30/2014, Kimberly Townsend, LPN
QVAR 40 MCG/ACT AERS (BECLOMETHASONE DIPROPIONATE) Inhale two puffs twice daily by mouth.

Report run by Jonathan Tyler Barnett, RN

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

**CHARLES ELLIOT MCGREW**
 **71 Years Old  Male  DOB:** 05/06/1943  **RACE:** Caucasian  **SEC LEV:** MEDIUM  **LOC:** C  **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

**06/09/2014 - Orders**
**Provider: Derrick Edwards, MD**
**Location of Care: East Mississippi Correctional Facility**

## Orders

1. CONSULT FOR HOSPICE CARE. RE: PROGRESSIVE PROSTATE CANCER. INMATE DOES NOT WANT TREATMENT.

**Electronically Signed by Derrick Edwards, MD on 06/09/2014 at 3:59 PM**
**Electronically Signed by Tiffany Roulier, RN on 06/09/2014 at 4:48 PM**
**Electronically Signed by Leah Platt, Admin Assistant on 06/09/2014 at 4:49 PM**
**Electronically Signed by Patricia Parrott on 06/10/2014 at 6:31 AM**

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

**CHARLES ELLIOT MCGREW**
   **71 Years Old  Male  DOB:** 05/06/1943   **RACE:** Caucasian   **SEC LEV:** MEDIUM   **LOC:** C   **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

**06/09/2014 - Interdisciplinary Progress Note**
**Provider: Derrick Edwards, MD**
**Location of Care: East Mississippi Correctional Facility**


## Interdisciplinary Progress Note

**Other:** INMATE WAS RECENTLY SEEN BY HIS UROLOGIST, DR. CHARLES MOORE, IN HATTIESBURG ON 5/23/14. THE INMATE TOLD DR. MOORE PER HIS CLINIC NOTES THAT HE DOES NOT WANT TREATMENT FOR HIS CANCER. THE REASON IS UNKNOWN. HE DID HOWEVER REQUEST PERIODIC CHECKS OF HIS PSA. HE WAS INFORMED BY DR. MOORE THAT IF HE WAS NOT GOING TO RECEIVE TREATMENT FOR HIS PROSTATE CANCER, THEN THERE IS NO UTILITY IN PERIODICALLY CHECKING HIS PSA. THE INMATE WANTS THIS DONE REGARDLESS. WILL ORDER A REPEAT PSA CHECK IN 4-6 MONTHS. WILL CONTINUE CURRENT MEDS.
ALSO, IF THE INMATE WISHES NOT TO PURSUE TREATMENT FOR HIS CANCER, THEN CONSIDERATIONS FOR HOSPICE CARE SHOULD BE DISCUSSED.


## Interdisciplinary Progress Note




## Vital Signs



**Electronically Signed by Derrick Edwards, MD on 06/09/2014 at 3:57 PM**
**Electronically Signed by Tiffany Roulier, RN on 06/09/2014 at 4:48 PM**
**Electronically Signed by Patricia Parrott on 06/10/2014 at 6:30 AM**

## MDOC Inmate Death Notification List

Institution/Facility _____**East Mississippi Correctional Facility**_____

Inmate Name_____**McGrew, Charles Elliot**_____    MDOC #____**174953**_____

| Title | Name | Home | Date & Time | Comments |
|---|---|---|---|---|
| Institution/Facility Chief of Security | Derrick Smith | n/ | 6/10/14 1404 | If Applicable |
| Institution/Facility Warden/Superintendent | Jerry Buscher | | 6/10/14 1403 Hogans | If Applicable |
| Deputy Commissioner – Institutions | Archie Longley | Cell: 601-573-5528 Work: 601-359-5607 | 6/10/14 1407 PM Hogans | |
| Deputy Commissioner – Community Corrections | Jerry Williams | Home: 601- 857-2906 Cell: 601-943-7006 Work: 601-359-5619 | N/A | Community Corrections Deaths Only |
| Commissioner | Christopher Epps | Cell: 601-573-5442 Work: 601-359-5621 | 6/10/14 1405 Hogans | Notification to be made by the Medical Provider |
| Chief Medical Officer | Gloria Perry, M.D. | Cell: 769-798-5530 Work: 601-359-5155 | 6/10/14 1355 01 state | Notification to be made by the Medical Provider |
| Institution/Facility Medical Site Administrator | | CMCF: Paxton Paige 601-942-4464 MSP: Gregory Dennis 662-392-1035 SMCI: Mike Hatten 601-928-4574 | N/A | |
| Communications Division | On Call Staff | 601-359-5608 | 6/10/14 1448 Mike Rice | |
| Corrections Investigation Division | On Call CID Staff | | 6/10/14 1421 Mike Rice | |
| Chaplain | John Newbaker | 601-485-5255 | 6/10/14 1409 Derrick Smith | |
| Coroner | Clayton Cobler | 601-934-7911 | 6/10/14 1439 Mike Rice | |
| Mississippi Highway Patrol\ Lauderdale County Sheriff Dept. | | | 6/10/14 1350 Mike Rice | If Applicable |
| MDOC Staff Duty Officer Institution/Facility Duty Officer | MDOC Duty Officer On Call Facility/Institution On Call | | 6/10/14 1402 Ollie Little | |
| Medical Compliance | | FAX: 601-359-5165 | | |
| MDOC Director of Records | | FAX: 601-973-3891 | | |
| Victim Services | | FAX: 601-359-5719 | | |
| Inmate Banking | | FAX: 601-359-2384 | | |
| Private/Regional Facility Compliance Officer | Tyeasa Evans | | 2:25 PM Hogans | Private and Regional Facilities Only |

Signature of Person Completing Form _____    Date / Time __6-10-14__

Signature of Institutional Watch Commander _____    Date / Time __6/10/14__

MTC-000118

Bullock Interview

Start: Approximately 0830hrs.

End: Approximately 1030hrs.

Woke him up, he recapped the story. Capt. (Charles McGrew) used someone's (unknown) cell phone. Then afterwards was depressed was in his room flipping through pictures. Brian asked if he was ok. Brian put his earphones on then before he went to sleep he asked Capt. again if he was ok C.M. said he was fine. Brian went to sleep C.M. was still in same spot when he woke up. Brian brought C.M. his breakfast tray, he ate it then he brought his lunch & C.M. said set it on the tale he didn't want it Brian stated that Osborne did come in & Rooster did too. He said Osborne was giving C.M. some noodles, but he took them and put them in C.M.'s locker box some time later staff came in to talk C.M. to medical and he would not wake up, so he and Doug went to get help.

Brian could not explain why he got up so early. He confirmed that anyone who entered the cell left almost immediately. He confirmed that he was the only person inside the cell long enough to kill him, but couldn't rationalize how the I/M died. Brian denies any involvement from Sanchez. I/M became emotional when talking about his family. He stated that his Mom and Dad said they could forgive him for anything that he does EXCEPT take another man's life. He knows that if he's found guilty then he would lose all family contact. He doesn't care what the charge is, he's going to court and he will not admit to something he "didn't do"

MTC-000119

Bullock interview

START: Approx 8:30
End    Approx 10:30

woke him up, he Recapped the story, asay
capt. used someone's (unknown) cell phone iz
then afterwards was depressed was in his helms
Room flipping through pictures brian put his
earphones on then B4 he went to sleep
he Asked capt. again if he was ok CM said
he was fine brian went to sleep CM was still
in same spot brian brought cm his
breakfast tray he ate it then he brought
his lunch + cm said set it on the table
he didn't want it brian stared fat osborne
did come in + Rooster did too. he said osborne
was giving cm some noodles but he took them + put
them in cms locker box some time later
staff came in to take cm to medical + he would
not wake up. so he and doug went to get help

Brian could not explain why he got up so
early. he confirmed that any one who entered
the cell left almost immediatly. he confirmed that
he was the only person inside the cell long enough
to kill him but couldn't Rationalize how the I/m
died. I/m denies any involvement from sanchez I'm
became emohonen when talking about his family
stated that his mom + dad said that

could forgive him for Any thing that he does
EXCEPT Take Another man's Life. he knows That
if he's found guilty then there she would Lose An
family Contact, he doesn't care what the chance
is, he's Going to court the will not Admit to something
he didn't Do


Dr. FUNTE

GARY EVANS

MTC-000121

Joseph Osborne: Went in to give Capt. (Charles McGrew) his noodles. Brian Bullock took them and said he would give them to Capt. Bullock was usually up around 10 however he was up unusually early not riding in Capt.'s wheelchair. Went to check on meds Bullock said he already had them Bullock appeared nervous and was pacing.

Rooster: Said he went to collect from Bullock and C.M. Bed was covered with sheets and could not seen in. Said Bullock was up earlier than normal and was pacing the pod, looked worried, concerned Rooster entered the cell about 30 min. before staff entered.

Grace: Said that he heard no crying and spoke about 10:30 last night. McGrew was not ill or in a depressive mood he was drinking coffee in his wheelchair.

MTC-000122

Joseph Osborne

Went in to give capt his meeds
Bullock took them and said he would
give them to capt. Bullock was usually up around 10
however he was up unusually early not riding in capt's wheelchair
Went to check on meds Bullock
said he Already had them Brian appeared
Nervous + was pacing

Donnels

Rooster said he went to collect
from Bullock + C M Bed was covered
with sheets + could not see in. Said
Bullock was up earlier than normal + was
pacing the pod, looked worried, concerned
Rooster entered the cell got 30 min @ 4 staff
Entered

Grace: said that he heard no crying + spoke
with mcgrew about 10:30 last night mcgrew
was not ill or in a depressive mood he was
Drinking coffee in his wheel chair

# STATEMENTS

MTC-000124

I want yall to understand first that I am sorry for what I did. I honestly felt like I had no choice.
All of this goes back to Walnut Grove. June of 2013 I was at Walnut Grove, upon arrival I got in
debt with a VL (Vice Lord) for tobacco, weed, spice, phone time. I ended up not being able to
pay the debt, which was $250. The Latin Kings, and Vice Lords came to me and gave me (2)
choices, either get violated (beat-up) and carry out a hit on another Latin King who was on P.C.
or I wouldn't walk out of my cell alive. I got beat up and went to the hole to go to P.C to carry
out said hit on Roy Lee Edwards (R.J.). I got on 4-A (P.C.) and got to know R.J. and I couldn't
carry it out. I caught out of P.C and went back to the hole, trying to leave Walnut Grove, they
wouldn't move me. I went back to P.C, couldn't do it, left again, finally got moved here to East
Mississippi, When I got here the VL were at the door waiting on me, Told me that I still had to
come up with the money. I talked to my dad, I couldn't get the money, I got moved to 4D 106
because my dad called up here and got me moved. I was on the zone with another Latin King
named Sanchez who had nothing to do with this and had no knowledge of this. Long story short
a VL named Moody gave me (2) options, collect his money from my roommate (Charles
McGrew) or pay what I owe. I went to my roommate and asked about said money. He told me
"Fuck me, Fuck him, and fuck our organization" I relayed the message and was told to get his
money by any means necessary. I told him I didn't want anything to do with it, and that's when
he told me that it was my life or his. So on Tuesday (June 10) around 7:00- 9:30 I took the life of
Charles McGrew by strangling him and staging it as a suicide.

I want to say that I am truly sorry for what I did. I know it means very little but I am. All
of what I've said is true statement.

B.K. Bullock #169774, 6/16/14

MTC-000125

I want yall to understand first that I am sorry for what I did. I honestly felt like I had no choice. All of this goes back to Walnut Grove. June of 2013 I was at Walnut Grove. Upon arrival I got in debt with a V.L (Vice Lord) for tobacco, weed, spice, phone time. I ended up not being able to pay the debt, which was $250. The Latin Kings, and Vice Lords come to me and gave me (2) choices, either get violated (beat-up) and carry out a hit on another Latin King who was on P.C. or I wouldn't walk out of my cell alive. I got beat up and went to the hole to go to P.C. to carry out said hit on Roy Lee Edwards (R.J.). I got on 4-A (P.C.) and got to know R.J. and I couldn't carry it out. I caught out of P.C. and went back to the hole, trying to leave Walnut Grove. They wouldn't move me, I went back to P.C., couldn't do it, left again, finally got moved here to East Mississippi. When I got here the V.L were at the door waiting on me, Told me that I still had to come up with the money. I talked to my dad, I couldn't get the money, I got moved to 4-D 106 because my dad called up here and got me moved. I was on the zone with another Latin King named Sanchez who had nothing to do with this and had no knowledge of this. Long story short a V.L named Moody gave me (2) options, collect his money from my roommate (Charles McGrew) or pay what I owe. I went to my roommate and asked about said money. He told me "fuck me, fuck him, and fuck our organi— I relayed

MTC000126

the message and was told to get his money BKB by any
means neccessary. I told him I didn't want anything to
do with it, and thats when BKB he told me that it was
my life or his. So on Tuesday (June 10) around 9:00-9:30
I took the life of Charlie BKB McGrew by strangling
him and staging it as a suicide.

I want to say that I am truley sorry for
what I did. I know it means very little but I
am. all of what I've said is true statement.

B.K. Bullock #169774
6/16/14

Last night around 11:30 'Charles McGrew' was sitting in his bed crying looking through family photos. I asked did he want to talk about it and he told me no. About 30-45 min later, I asked him again before I went to bed and he again told me no. Around 5this morning I woke up and he was still crying looking through family photos. I again asked him was he ok and he told me yes that he just wanted to be left alone, that he had to get his self together. I brought in our breakfast trays and he was at the table waiting on me, he ate and asked me to pull the curtain, that he didn't want anybody bothering him. Psych doctors came around and checked on him, he was asleep. I brought our lunch trays in and he told me to put it on the table, I did. Next thing I know they're calling him for transport and that's when we found him and he wouldn't respond. We went to get the c/o's and they called a Code Blue. Not once today did and of the co/s come around to do security checks. They came on the zone to make sure lunch trays were served but that's it. Before then the last them I seen them was around 7:30 for certified count.

Brian K Bullock #169774

06/10/14

MTC-000128

Last night around 11:30 'Charles McGrew' was sitting on his bed crying looking through family photos. I asked did he want to talk about it and he told me no. About 30-45 min latter I asked him again before I went to bed and he again told me no. Around 5 this morning I woke up and he was still crying looking through family photos. I again asked him was he ok and he told me yes that he just wanted to be left alone, that he had to get his self together. I brought in our breakfast trays and he was at the table waiting on me, he ate and asked me to pull the curtain, that he didn't want anybody bothering him. Pysch doctors came around and checked on him, he was asleep. I brought our lunch trays in and he told me to put it on the table, I did. Next thing I know they're calling him for transport and thats when we found him and he wouldn't respond. We went to get the c/o's and they called a code Blue. Not once today did any of the c/o's come around to do security checks. They came on the zone to make sure lunch trays were served but thats it. Before then the last time I seen them was around 7:30 for certified count.

Brian K. Bullock #169774
06/10/14                MTC-000129

# East Mississippi Correctional Facility

| **Staff Involved:** Officer M. Jones, Officer Stephens | **Inmates Involved:** |
|---|---|
| Unit Manager Hollie, Nurse Townsend, and other medical staff. | Charles McGrew MDOC # 174953 |

**Brief Description of Unusual Occurrence:** On 06/10/14, at approximately 1305 hour officer Stephens was on zone Hu 4 D cell # 106 upon my arrival to Unit 4 Delta cell #106 officer Stephen was already on the zone at offender Charles McGrew cell MDOC #174953. Once I Officer M. Jones approached his cell officer Stephens stated to me that this offender is not responding. So I than walked inside the offender cell and still he was not responding when I put my hand on his shoulder Officer Stephen called a Code Blue. First to appear was Unit Manager Hollie and Nurse Townsend. Nurse Townsend and Unit Manager Hollie both turned offender Charles McGrew over from his stomach onto his back and nurse Townsend saw the rope around his neck which she stated that she could not get the rope from around his neck. So I officer M. Jones took (2) two knots out of the rope. and took the rope off offender Charles McGrew neck. Also other medical staff were present.

**Immediate Action Taken:**

| | | |
|---|---|---|
| **Officer Michael Jones** | **6/10/14** | **1620** |
| Person Completing Report | Date | **Time** |
| Shift Supervisor or Department Manager | **Date** | **Time** |

| **Warden's Review:** | |
|---|---|
| | |

| Warden's Signature | Date |
|---|---|

CC:  MAJOR Smith– COMPLETED COPY

Management
& Training
Corporation

## East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: officer M. Jones, officer Stephens | Inmates Involved: |
|---|---|
| Unit Manager Hollie, Nurse Townsend. | Charles McGrew |
| And other Medical Staff. | MDOC #174953 |

**Brief Description of Unusual Occurrence:** On 06/10/14. At Approximately 1305 hour officer Stephens was on zone Hu 4 D cell #106 upon my arrival to unit 4 Delta cell #106 officer Stephen was already on the zone at offender Charles McGrew cell MDOC #174953. Once I officer M. Jones approached his cell officer Stephens stated to me that this offender is not responding. So I than walked inside the offender cell and still he was not responding

**Immediate Action Taken:** When I put my hand on his shoulder

officer Stephen called a code blue. First to Appear was Unit Manager Hollie and Nurse Townsend. Nurse Townsend and Unit Manager Hollie both turned offender Charles McGrew over from his stomach onto his back. And Nurse Townsend saw the rope Around his neck which she stated that she could not get the rope from around his neck. so I officer M. Jones took (2) two Knots out of the rope. And took the rope off offender Charles McGrew neck. Also other medical staff were present

| Officer Michael Jones | 6/10/14 | 1620 |
|---|---|---|
| Person Completing Report | Date | Time |

| [signature] | 6-10-14 | 1830 |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

| Warden's Review: | |
|---|---|
| | |
| | |
| | |

| Warden's Signature | Date |
|---|---|

MTC-000131

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: 174953 |
|---|---|
| B. Brown | Charles McGrew |
|  |  |

**Brief Description of Unusual Occurrence:** On June 10, 2014 at approx. 1300 hrs c/o Jennings called c/o Brown to get offender Charles McGrew ready for transport. At approx. 1319 c/o Stephens entered HU4 Delta for sec. check. And advise offender Charles McGrew Mdoc#174953 ready for transport. I c/o B. Brown seen c/o Stephens cell D 106. At approx. 1321 c/o Stephens called a Code Blue on Delta while c/o Jones entered the cell checking on the offender.

**Immediate action taken:**

| B. Brown | June 10, 2014 | 1500 |
|---|---|---|
| Person Completing Report | Date | **Time** |
| Shift Supervisor or Department Manager | **Date** | **Time** |

**Warden's Review:**

| Warden's Signature | Date |
|---|---|

CC:  MAJOR Smith– COMPLETED COPY

H:\Unusual Occurrence Report\McGrew-Brown.docx

Revision No:    2    Issue Date:    8/2012

MTC-000132



# East Mississippi Correctional Facility

### Unusual Occurrence Report

| Staff Involved: | Inmates Involved: 174953 |
|---|---|
| B. BROWN | Charles McGrew |

**Brief Description of Unusual Occurrence:** On June 10, 2014 at Approx 1300 hrs C/o Jennings called C/o Brown to get Offender Charles McGrew ready For Transport. At Approx. 1319 C/o Stephens entered Hu Delta For sec check. and Advise Offender Charles McGrew Mdoc # 174953 ready For Transport. I C/o B. Brown sec n C/o Stephens

**Immediate Action Taken:** Cell D 106. At Approx 1321 C/o Stephens called a code Blue on Delta while C/o Jones entered the cell checking on the Offender

| B. BROWN | June 10, 2014 | 1500 |
|---|---|---|
| Person Completing Report | Date | Time |

| ejb2 | 6-10-14 | 1510 |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

| Warden's Review: | |
|---|---|

| Warden's Signature | Date |
|---|---|

Revision No: 1    Issue Date: 12/10/2003

MTC-000133

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: C/O B. Stephens | Inmates Involved: |
|---|---|
| | Charles Elliot McGrew |
| | mdoc # 174953 |

**Brief Description of Unusual Occurrence:** On June 10, 2014 at approx. 1319 hrs. I C/O Stephens entered HU4 Delta pod for a sec. check and advise offender Charles Elliot McGrew mdoc #174953 that he needed to get ready for transport. I C/O Stephens seen C/O Jones walking down HU4 hallway and Asked C/O Jones to enter HU4 Delta pod with me. I C/O Stephens stood at 4D106 and called the offenders name several times, the offender did not respond. I C/O Stephens started tapping the offender on his back since I found the offender laying on his stomach . As I was tapping the offender on his back I called his name several times. I still did not get a response I C/O Stephens immediately checked the offenders pulse on his foot. I C/O Stephens did not feel a pulse. As I was calling a Code Blue on Housing unit four Delta pod C/O Jones went inside the cell to see if he could get Offender Charles Elliot McGrew Mdoc # 174953 to respond. C/O Jones could not get the offender to respond.

| | | |
|---|---|---|
| **B. Stephens** | **6-10-2014** | **1357** |
| Person Completing Report | Date | **Time** |
| | | |
| Shift Supervisor or Department Manager | **Date** | **Time** |

| Warden's Review: | |
|---|---|
| | |
| | |
| | |
| Warden's Signature | Date |

CC:  MAJOR Smith– COMPLETED COPY


Management
& Training
Corporation

# East Mississippi Correctional Facility

## Unusual Occurrence Report

**Staff Involved:** CIO B Stephens

**Inmates Involved:** Charles Elliot McGrew
Mdoc # 174953

**Brief Description of Unusual Occurrence:** On June 10, 2014 at approx. 1319 hrs. I CIO Stephens entered Hu4 Delta pod for a sec check and advise Offender Charles Elliot McGrew mdoc # 174953 that he needed to get ready for transport. I CIO Stephens seen CIO Jones walking down Hu4 hallway and

**Immediate Action Taken:** asked CIO Jones to enter Hu4 Delta pod with me. I CIO Stephens stood at 4D106 and called the offenders name several times. The offender did not respond. I CIO Stephens entered the offenders cell calling the offenders name. The offender did not respond. I CIO Stephens started tapping the offender on his back since I found the offender laying on his stomach. As I was tapping the offender

**B Stephens**
Person Completing Report

**6·10·14**
Date

**1357**
Time

Shift Supervisor or Department Manager     Date     Time

**Warden's Review:**

Warden's Signature     Date

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: B Stephens | Inmates Involved: |
|---|---|

Brief Description of Unusual Occurrence: On his back I called his name several times. I still did not get a response. I clo stephens immediately checked the offenders pulse on his foot. I clo stephens did not feel a pulse. As I was calling a code Blue on Housing unit four delta pod clo jones went inside the cell to see if he could get offender charles elliot McGraw Mdoc # 174953 to respond. Clo jones could not get the offender to respond.

Immediate Action Taken:

| B Stephen | 610-14 | 1357 |
|---|---|---|
| Person Completing Report | Date | Time |

| | | |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

Warden's Review:

| | |
|---|---|
| Warden's Signature | Date |

CC: MAJOR SMITH – COMPLETED COPY

C:\Users\markeshia.wells\Desktop\UOR.doc

Revision No: MTC-000136   Date: 8/2012

# East Mississippi Correctional Facility

### Unusual Occurrence Report

| Staff Involved: | Inmates Involved:174953 |
|---|---|
| C/O P. Myers | Charles Elliot McGrew |
| | |

**Brief Description of Unusual Occurrence:** On June/ 10/ 2014 at approx. 1321 I came and assistance c/o Stephens & c/o Jones with offender Charles Elliot McGrew EOR.------------------------------------------------

**Immediate action taken:**

| P. Myers | 6/10/14 | 1500 |
|---|---|---|
| Person Completing Report | Date | **Time** |
| | | |
| Shift Supervisor or Department Manager | **Date** | **Time** |

| Warden's Review: | |
|---|---|

Warden's Signature                    Date

CC:  MAJOR Smith– COMPLETED COPY

H:\Unusual Occurrence Report\McGrew-Myers.docx

Revision No:    2    Issue Date:    8/2012

MTC-000137

 Management & Training Corporation

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: 174953 |
|---|---|
| C/Sgt myers | Charles Elliot Mc Grew |

**Brief Description of Unusual Occurrence:**

Date On June/10/2014 at approx 1321 I came And Assistance c/o Stephens + c/o Jones write offender charles Eliot Mc Grew EOR

**Immediate Action Taken:**

| D myers | 6/10/14 | 1500 |
|---|---|---|
| Person Completing Report | Date | Time |

| | 6.10.14 | 1510 |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

| Warden's Review: | |
|---|---|

| Warden's Signature | Date |
|---|---|

On June 10, 2014 at approximately 1311 hours, a Code Blue was called on Housing Unit 4D.

Upon arriving at Housing Unit 4D, I was directed to cell number 106. Upon entering cell # 106,

inmate Charles McGrew was found laying on the bottom rack on his right side facing the wall.

Inmate Charles McGrew was turned onto his back by myself (Nurse Townsend) and Officer

Jones. While attempting to obtain a carotid pulse, it was noted that inmate Charles McGrew had

a ligature of some sort tied tightly around his neck. Officer Jones and myself (Nurse Townsend)

began attempt to remove said ligature. Ligature was removed and inmate Charles McGrew was

transferred to cell floor to initiate cardiopulmonary compressions at approximately 1315 hours.

At this time, I (Nurse Townsend) was unable to obtain a carotid pulse or initiate and response

from inmate Charles McGrew. Inmate Charles McGrew was transferred onto a stretcher to be

taken to the medical unit emergency room. Cardiopulmonary resuscitation was performed on

inmate Charles McGrew by myself (Nurse Townsend) until inmate Charles McGrew arrived in

the emergency room in the medical unit at which time other medical staff took over

cardiopulmonary resuscitation.

     Kimberly Townsend

On June 10, 2014, at approximately 1311 hours, a CODE BLUE was called on Housing Unit 4D. Upon arriving at Housing Unit 4D, I was directed to cell number 106. Upon entering Cell #106, inmate Charles McGrew was found laying on the bottom rack on his right side facing the wall. Inmate Charles McGrew was turned onto his back by myself (Nurse Townsend) and Officer Jones. While attempting to obtain a carotid pulse, it was noted that inmate Charles McGrew had a ligature of some sort tied tightly around his neck. Officer Jones and myself (Nurse Townsend) began attempt to remove said ligature. Ligature was removed and inmate Charles McGrew was transferred to cell floor to initiate cardiopulmonary rescusitation. I, (Nurse Townsend) began chest compressions at approximately 1315 hours. At this time, I (Nurse Townsend) was unable to obtain a carotid pulse or initiate any response from inmate Charles McGrew. Inmate Charles McGrew was transferred onto a stretcher to be taken to the Medical Unit Emergency Room. Cardiopulmonary rescusitation was performed on inmate Charles McGrew by myself (Nurse Townsend) until inmate Charles McGrew arrived in the Emergency Room in the Medical Unit at which time other Medical Staff took over Cardiopulmonary Rescusitation.

Kimberly Townsend

MTC-000140

# EVIDENCE
# PHOTOS

MTC-000141





C- 00142





TC-000 43









MTC 000145





MTC-0001.6







SHERIFF

DAD, I WAS SITTING HERE ON MY
BUNK THINKING OF THINGS WE USED TO DO,
SOMETIMES WHEN I THINK OR MYSELF I HAVE
NO CLUE, NOW THAT I AM GONE ALL I CAN THINK
OF IS YOU, SOMETIMES I DON'T HAVE A
CLUE WHAT I AM DOING EVERYDAY, WHEN
I THINK WALK + TALK I SEE YOUR FACE BOUT
BROTHER + SISTER TOO AS I S, IT LOOKS LIKE
AN ASTRO POINT OUT OF SPACE YOU BRING
THE STARS DE SAY TO ME THAT TWINKLES
FAR AWAY AS FAR AS I CAN SEE, THE TO DAY
I CAN THINK OF IS YOU WE LISTEN FOR
I WILL COME BACK SOMEDAY, I WANT TO
SAY I LOVE YOU AND HAPPY FATHERS DAY
TO YOU



2014/06/11





Right Knee Replacement
Prostate Cancer
Atrial Fibulation (A-FiB)
Cyst in outer back side of Breast
Asthma and COPD
Blind in Left Eye (using those eye meds)                cont.
2-3-14-15 - Disc Created Disc Lead to degeneration
Arthritis, used back surgery - Pain is Extreme
On a walker now, But a very Limited mobility, mostly
Bed Ridden
Black out Spells, Accute pain in forehead, Nose
over, Will have the Extreme Head ach For 24 hrs. can not
Have M.R.I. Because of a piece of metal in nose
or Jaw at the Base of Brain and too close
to skull to remove

# MISCELLANEOUS

MTC-000151

Mississippi Department of Corrections
Offender Data Sheet



Picture Date: 05/10/2012

**Offender Number:** 174953
**Date Of Birth:** 05/06/1943
**Height:** 6'00"    **Weight:** 170
**SSN:**

**Last Name:** MCGREW

**FBI Number:** 174471JD4
**Hair Color:** GREY OR PART
**Complexion:** FAIR

**First Name:** CHARLES ELLIOT
**Race:** WH    **Sex:** M
**Eye Color:** UNKNOWN
**Build:** MEDIUM

**Scars/Marks/Tattoos:**
SMT etc... G Black    Hand / SMT etc... Hearts Roses Names  Black Arm  nonspecific

**Location:** EMCF UNIT 4
**Location Change Date:** 02/13/2014
**Medical Class:** 3

**Custody:** INMATE
**Custody Date:** 05/29/2012
**Level of Care:** C

**Entry Date:** 05/10/2012
**Tent. ERS Date:**
**Tentative Release:** 06/25/2025

**Custody Status Reason:** NEW PRISONER
**Facility Restriction:** Extended Care Facility
**Custody Level:** MEDIUM
**Term to Serve:** 15 Y,  0 M,   0 D                    **Status:** ACTIVE
**Court Ordered Status:**
**Statutory Parole Date:** 03/14/2013
**Parole Set Off Date:** 04/14/2011
**Parole Revocation Hearing Date:** 04/08/2011
**\*\*Denotes charges have an associated modifier:**

| Sent# | Offense | Date | County | Term | CC/CS |
|-------|---------|------|--------|------|-------|
| 1 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 0/0 |
| 2 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 1/0 |

## Christopher Dykes

**From:**     Christopher Dykes
**Sent:**     Tuesday, June 10, 2014 4:04 PM
**To:**       Tony Donald
**Subject:**  FW: Offender death Offender Charles Elliot McGrew#174953

**From:** Christopher Dykes
**Sent:** Tuesday, June 10, 2014 3:53 PM
**To:** Derrick Smith; Norris Hogans
**Subject:** Offender death Offender Charles Elliot McGrew#174953

On 6-10-14 at approximately 1311 hours a code blue was called on housing unit four D-pod. Offender Charles Elliot McGrew#174953, who is housed in cell 4D-106, was found unresponsive in his cell by Officer M. Jones. Officer Jones was getting the offender to transport him for an echocardiogram for terminal illness. The offender was found alone in his cell but has a cell mate. The cell mate was not present in the cell when the offender was found unresponsive with a ligature around his neck but the ligature was not tied to any other object. At approximately 1311 hours staff called a code blue. Medical staff arrived on the unit at approximately 1313 hours. The offender was taken to the EMCF medical department where emergency medical treatment was administered. Metro ambulance was summoned and entered the facility at approximately 1329 hours. Metro ambulance exited EMCF at approximately 1349 hours with the offender escorted by officers R. Wallace and J. King. Upon arrival at the Rush hospital emergency department the offenders time of death was declared at 1401 hours. All appropriate documentation was completed of the incident and all appropriate chain of command were notified. All documentation was turned over to the EMCF investigative department. The cell was sealed pending further investigation. All further information will be forwarded as obtained.

Offender Charles Elliot McGrew#174953 is a white male that stands six feet tall and weighs 170 pounds. The offender was born 5-6-43 and is 71 years old. the offender is serving a 15 year sentence for unlawful touching of a child.EMCF-14-0306

MTC-000153

# MIRANDA RIGHTS WARNINGS and WAIVER

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer for advice before I ask you any questions and to have him present with you during questioning.
4. If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.
5. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

**After the warning, ask the following questions and secure an affirmative answer to each question to obtain a waiver of rights.**

1. Do you understand each of these rights I have explained to you?

2. With these rights in mind, do you wish to talk to me now?

_Brian Bullock_        _6/16/14_
**Name(Printed)**            **Date**

_B. K. Bullock_
**Signature**

_Inv. W. Oaf Rosenburg   1406   6/16/14_

_Mike 121 TP   14:06  6-16-14_

MTC-000154

# MIRANDA WARNING

You have the right to remain silent.  Anything you say may be used against you in a court of law.  You have the right to contact your attorney and have him present during any questioning.  If you are unable to employ an attorney, one would be appointed for you before you would be required to answer any questions.  If you waive these rights and agree to an interview, you have the right to terminate the interview at any time.

I understand the above rights and consent to an interview at this time.

_B. K. Bullock_
Subject

_[signature]_
Witness

_6~/1~14_
Date

MTC-000155

### Mississippi Department of Corrections
### Offender Data Sheet



**Picture Date:** 05/10/2012

**Offender Number:** 174953
**Date Of Birth:** 05/06/1943
**Height:** 6'00"    **Weight:** 170
**SSN:**

**Last Name:** MCGREW

**FBI Number:** 174471JD4
**Hair Color:** GREY OR PART
**Complexion:** FAIR

**First Name:** CHARLES ELLIOT
**Race:** WH   **Sex:** M
**Eye Color:** UNKNOWN
**Build:** MEDIUM

**Scars/Marks/Tattoos:**
SMT etc... G Black    Hand / SMT etc... Hearts Roses Names Black Arm nonspecific

**Location:** EMCF UNIT 4
**Location Change Date:** 02/13/2014
**Medical Class:** 3

**Custody:** INMATE
**Custody Date:** 05/29/2012
**Level of Care:** C

**Entry Date:** 05/10/2012
**Tent. ERS Date:**
**Tentative Release:** 06/25/2025

**Custody Status Reason:** NEW PRISONER
**Facility Restriction:** Extended Care Facility
**Custody Level:** MEDIUM
**Term to Serve:** 15 Y,  0 M,  0 D                                **Status:** ACTIVE
**Court Ordered Status:**
**Statutory Parole Date:** 03/14/2013
**Parole Set Off Date:** 04/14/2011
**Parole Revocation Hearing Date:** 04/08/2011
**Denotes charges have an associated modifier:

| Sent# | Offense | Date | County | Term | CC/CS |
|-------|---------|------|--------|------|-------|
| 1 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 0/0 |
| 2 | UNLAWFUL TOUCHING/CHILD | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 | 1/0 |

MTC-000156

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Summary

## CHARLES ELLIOT MCGREW

**71 Years Old  Male  DOB:** 05/06/1943  **RACE:** Caucasian  **SEC LEV:** MEDIUM  **LOC:** C  **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

### Patient Information

| | | | |
|---|---|---|---|
| **Name:** | CHARLES ELLIOT MCGREW | **Home Phone:** | |
| **Address:** | | **Work Phone:** | |
| **Patient ID:** | 157588-2699001 | **Fax:** | |
| **Birth Date:** | 05/06/1943 | **Status:** | Active |
| **Gender:** | Male | **Marital Status:** | Undetermined |
| **Contact By:** | | **Race:** | Caucasian |
| **Soc Sec No:** | | **Language:** | |
| **Resp Prov:** | | **MDOC:** | 174953 |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | Mississippi Department of Corrections | **External ID:** | |

### Problems

BACK PAIN (ICD-724.5)
ATRIAL FIBRILLATION (ICD-427.31)
PROSTATE CANCER (ICD-185)
URINARY TRACT INFECTION (UTI) (ICD-599.0)
DEGEN LUMBAR/LUMBOSACRAL INTERVERTEBRAL DISC (ICD-722.52)
POSTSURG PERCUT TRANSLUMINAL COR ANGPLSTY STS (ICD-V45.82)
CHRONIC OBSTRUCTIVE PULMONARY DISEASE (ICD-496)
HYPERTENSION (ICD-401.1)
CAD (ICD-414.00)

### Procedures

### Medications

VENTOLIN HFA AERS 108 (90 BASE) MCG/ACT (ALBUTEROL SULFATE) 1-2 puffs Q 4-6hrs PRN
Last Refill:  #1 x 5, 02/13/2014, Kristen Ashmore, RN DON
ASPIRIN CHEW 81 MG (ASPIRIN) Take 1 tablet by mouth daily
Last Refill:  #30 x 5, 02/13/2014, Kristen Ashmore, RN DON
NORVASC 5 MG  TABS (AMLODIPINE BESYLATE) Take 1 tablet by mouth daily
Last Refill:  #30 x 2, 05/20/2014, Derrick Edwards, MD
LISINOPRIL 10 MG  TABS (LISINOPRIL) Take 1/2 tablet by mouth daily
Last Refill:  #30 x 5, 02/19/2014, Derrick Edwards, MD
FLOMAX 0.4 MG  XR24H-CAP (TAMSULOSIN HCL) Take 1 tablet by mouth QHS
Last Refill:  #30 x 2, 05/20/2014, Derrick Edwards, MD
PAXIL 30 MG  TABS (PAROXETINE HCL) TAKE ONE TAB by mouth EVERY AM
COLACE 100 MG  CAPS (DOCUSATE SODIUM) take one by mouth daily
Last Refill:  #14 x 0, 04/10/2014, Ashley Johnson, LPN
FIBERCON 625 MG  TABS (CALCIUM POLYCARBOPHIL) take one by mouth daily
Last Refill:  #14 x 0, 04/10/2014, Ashley Johnson, LPN
CYCLOBENZAPRINE HCL 10 MG TABS (CYCLOBENZAPRINE HCL) Take 1/2 (one-half) tablet by mouth twice
daily.
Last Refill:  #60 x 5, 04/30/2014, Kimberly Townsend, LPN
PRAVASTATIN SODIUM 40 MG TABS (PRAVASTATIN SODIUM) Take 1 tab by mouth at bedtime.
Last Refill:  #30 x 5, 04/30/2014, Kimberly Townsend, LPN
QVAR 40 MCG/ACT AERS (BECLOMETHASONE DIPROPIONATE) Inhale two puffs twice daily by mouth.

Report run by Jonathan Tyler Barnett, RN

MTC-000157

# Mississippi Department of Corrections
## Offender Data Sheet

**Offender Number:** 174953          **Name:** MCGREW, CHARLES ELLIOT

**Date of Birth:** 05/06/1943          **FBI Number:** 174471JD4          **Race:** WHITE     **Sex:** MALE

**Height:** 6' 0"     **Weight:** 170          **Hair Color:** GREY OI          **Eye Color:** BLUE

**SSN:** ▮▮▮▮          **Complexion:** FAIR          **Build:** POD D

**Location:** EMCF UNIT 4          **Custody:** INMATE          **Entry Date:** 05/10/2012

**Location Change Date:** 02/13/2014          **Custody Date:** 5/29/2012 12:00:00/          **ERS Date:**

**Medical Class:** 3          **Level of Care:** C          **Tentative Release:** 06/25/2025

**Custody Status Reason:** NEW PRISONER          **Facility Restriction:** Extended Care Facility

**Custody Level:** MEDIUM

**Term to Serve:** 15 Y, 0 M, 0 D          **Status:** ACTIVE

**Court Ordered Status:**

**Statutory Parole Date:**

**Parole Set Off Date:**

**Parole Revocation Hearing Date:**

| Sent # | Offense | Involvement | Date | County | Term | CC/CS |
|--------|---------|-------------|------|--------|------|-------|
| 1 | UNLAWFUL TOUCHING/CHILD | | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 D | 0/0 |
| 2 | UNLAWFUL TOUCHING/CHILD | | 03/26/2012 | HARRISON | 15 Y, 0 M, 0 D | 1/0 |

EBrin Bullock
169774

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

## CHARLES ELLIOT MCGREW

**71 Years Old  Male  DOB:** 05/06/1943  **RACE:** Caucasian  **SEC LEV:** MEDIUM  **LOC:** C  **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

**06/09/2014 - Orders**
**Provider: Derrick Edwards, MD**
**Location of Care: East Mississippi Correctional Facility**

**Orders**

1. CONSULT FOR HOSPICE CARE. RE: PROGRESSIVE PROSTATE CANCER. INMATE DOES NOT WANT
TREATMENT.

**Electronically Signed by Derrick Edwards, MD on 06/09/2014 at 3:59 PM**
**Electronically Signed by Tiffany Roulier, RN on 06/09/2014 at 4:48 PM**
**Electronically Signed by Leah Platt, Admin Assistant on 06/09/2014 at 4:49 PM**
**Electronically Signed by Patricia Parrott on 06/10/2014 at 6:31 AM**

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

## CHARLES ELLIOT MCGREW

**71 Years Old  Male  DOB:** 05/06/1943   **RACE:** Caucasian   **SEC LEV:** MEDIUM   **LOC:** C   **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

**05/26/2014 - Orders**
**Provider: Derrick Edwards, MD**
**Location of Care: East Mississippi Correctional Facility**

## Orders

1. REPEAT BMP IN ONE WEEK.

2. ORDER 2-D TRANSTHORACIC ECHOCARDIOGRAM. RE: RECENT EPISODES OF HYPOTENSION, "BLACKOUTS", AND ELEVATED SERUM CREATININE. POSITIVE HISTORY OF CORONARY ARTERY DISEASE.

3. DISCONTINUE LISINOPRIL FOR NOW.

**Electronically Signed by Derrick Edwards, MD on 05/26/2014 at 2:07 PM**
**Electronically Signed by Tiffany Roulier, RN on 05/26/2014 at 6:00 PM**
**Electronically Signed by Patricia Parrott on 05/27/2014 at 6:04 AM**

**East Mississippi Correctional Facility**
10641 Hwy 80 W   Meridian, MS 39304
601-485-5255  Fax: 601-485-5944

*June 10, 2014*
Page 1
Chart Document

## CHARLES ELLIOT MCGREW
  **71 Years Old  Male  DOB:** 05/06/1943  **RACE:** Caucasian   **SEC LEV:** MEDIUM   **LOC:** C   **MED CL:** 3
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 4, POD D, BED 106L

**MDOC #:** 174953

**06/09/2014 - Interdisciplinary Progress Note**
**Provider: Derrick Edwards, MD**
**Location of Care: East Mississippi Correctional Facility**


## Interdisciplinary Progress Note

**Other:** INMATE WAS RECENTLY SEEN BY HIS UROLOGIST, DR. CHARLES MOORE, IN HATTIESBURG ON 5/23/14. THE INMATE TOLD DR. MOORE PER HIS CLINIC NOTES THAT HE DOES NOT WANT TREATMENT FOR HIS CANCER. THE REASON IS UNKNOWN. HE DID HOWEVER REQUEST PERIODIC CHECKS OF HIS PSA. HE WAS INFORMED BY DR. MOORE THAT IF HE WAS NOT GOING TO RECEIVE TREATMENT FOR HIS PROSTATE CANCER, THEN THERE IS NO UTILITY IN PERIODICALLY CHECKING HIS PSA. THE INMATE WANTS THIS DONE REGARDLESS. WILL ORDER A REPEAT PSA CHECK IN 4-6 MONTHS. WILL CONTINUE CURRENT MEDS.
ALSO, IF THE INMATE WISHES NOT TO PURSUE TREATMENT FOR HIS CANCER, THEN CONSIDERATIONS FOR HOSPICE CARE SHOULD BE DISCUSSED.

## Interdisciplinary Progress Note




## Vital Signs




**Electronically Signed by Derrick Edwards, MD on 06/09/2014 at 3:57 PM**
**Electronically Signed by Tiffany Roulier, RN on 06/09/2014 at 4:48 PM**
**Electronically Signed by Patricia Parrott on 06/10/2014 at 6:30 AM**

## MDOC Inmate Death Notification List

Institution/Facility_____**East Mississippi Correctional Facility**_____

Inmate Name_____**McGrew, Charles Elliot**_____    MDOC #___**174953**_____

| Title | Name | Home | Date & Time | Comments |
|-------|------|------|-------------|----------|
| Institution/Facility Chief of Security | Derrick Smith | n/ | 6/10/14 1404 | If Applicable |
| Institution/Facility Warden/Superintendent | Jerry Buscher | | 6/10/14 1403 Hogans | If Applicable |
| Deputy Commissioner – Institutions | Archie Longley | Cell: 601-573-5528 Work: 601-359-5607 | 6/10/14 1407 PM Hogans | |
| Deputy Commissioner – Community Corrections | Jerry Williams | Home: 601- 857-2906 Cell: 601-943-7006 Work: 601-359-5619 | N/A | Community Corrections Deaths Only |
| Commissioner | Christopher Epps | Cell: 601-573-5442 Work: 601-359-5621 | 6/10/14 1405 Hogans | Notification to be made by the Medical Provider |
| Chief Medical Officer | Gloria Perry, M.D. | Cell: 769-798-5530 Work: 601-359-5155 | 6/10/14 1359 O Little | Notification to be made by the Medical Provider |
| Institution/Facility Medical Site Administrator | | CMCF: Paxton Paige 601-942-4464 MSP: Gregory Dennis 662-392-1035 SMCI: Mike Hatten 601-928-4574 | N/A | |
| Communications Division | On Call Staff | 601-359-5608 | 6/10/14 1448 Mike Rice | |
| Corrections Investigation Division | On Call CID Staff | | 6/10/14 1421 Mike Rice | |
| Chaplain | John Newbaker | 601-485-5255 | 6/10/14 1409 Derrick Smith | |
| Coroner | Clayton Cobler | 601-934-7911 | 6/10/14 1439 Mike Rice | |
| Mississippi Highway Patrol\ Lauderdale County Sheriff Dept. | | | 6/10/14 1350 Mike Rice | If Applicable |
| MDOC Staff Duty Officer Institution/Facility Duty Officer | MDOC Duty Officer On Call Facility/Institution On Call | | 6/10/14 1402 Ollie Little | |
| Medical Compliance | | FAX: 601-359-5165 | | |
| MDOC Director of Records | | FAX: 601-973-3891 | | |
| Victim Services | | FAX: 601-359-5719 | | |
| Inmate Banking | | FAX: 601-359-2384 | | |
| Private/Regional Facility Compliance Officer | Tyeasa Evans | | 2:25 PM Hogans | Private and Regional Facilities Only |

_____    _____
Signature of Person Completing Form            Date / Time    6-10-14

_____    _____
Signature of Institutional Watch Commander       Date / Time    6/0/14    MTC-000162



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Christopher B. Epps
COMMISSIONER

# MDOC Death Of Offender Report

To: Facility Extraordinary Officer  *M. Rice*  and Superintendent/Warden
From: Chaplain  *J. Newbaker*  Facility  *EMCF*

RE: Death of Offender  *Charles McGrew*

MDOC ID #  *174953*  Housing Unit/Location  *EMCF UNIT 4*

Date of Birth  *5/6/43*  Sex  *M*  Race  *W*
Offense/Charges  *Unlawful Touching Child X2*
County Where charged  *Harrison*  Sentence  *15 yrs*

Date of Death  *6/10/14*  Time  *1401*  Location  *EMCF*

Cause of Death if Known (unofficial)  *UNKNOWN*

Attending Physicians at Time of Death  *EMCF MEDICAL*
   (Chaplains will not speculate in any case regarding offender death/illness. Family
   contact to be informed that state autopsy will be performed as normal procedure.)

Name of Family Notified  *Tiffany McGrew*

Relationship to Offender  *Daughter*

Telephone number of contact  *228-563-3630*
Date of contact  *6/10/14*  Time of contact  *1440*
Physical Address of contact
   *1950 Possum Hollow Rd #13*
   *Slidell LA 70458*
   (A brief narrative of contact process will be attached. Chaplain will assist family
   with funeral contact arrangements and receiving any personal belongings.)

CC:   Communications Director
      Victim Services
      Director of Religious Programs

MTC-000163

DOC-000164-EPI595

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Detail

### June 10, 2014

**Incident Information:**

| | |
|---|---|
| **ID:** | EMCF-14-0306 |
| **Facility:** | East Miss. CCF |
| **Location:** | East Miss. CCF |
| **Date:** | 06/10/2014 13:11 |
| **Category:** | GENERAL |
| **Type:** | Extraordinary Occurrence |
| **Staff:** | Dykes, Christopher O |

**Chemical Restraint:** N
**Mechanical Restraint:** N
**Combined:** No
**State:**

**Offender:** MCGREW, CHARLES ELLIOT
**ID:** 174953

**Description(s):**

Staff: Dykes, Christopher O

Reported: 06/10/2014 16:23          Submitted: 06/10/2014

On 6-10-14 at approximately 1311 hours a code blue was called on housing unit four D-pod. Offender Charles Elliot McGrew#174953, who is housed in cell 4D-106, was found unresponsive in his cell by Officer M. Jones. Officer Jones was getting the offender to transport him for an echocardiogram for terminal illness. The offender was found alone in his cell but has a cell mate. The cell mate was not present in the cell when the offender was found unresponsive with a ligature around his neck but the ligature was not tied to any other object. At approximately 1311 hours staff called a code blue. Medical staff arrived on the unit at approximately 1313 hours. The offender was taken to the EMCF medical department where emergency medical treatment was administered. Metro ambulance was summoned and entered the facility at approximately 1329 hours. Metro ambulance exited EMCF at approximately 1349 hours with the offender escorted by officers R. Wallace and J. King. Upon arrival at the Rush hospital emergency department the offenders time of death was declared at 1401 hours. All appropriate documentation was completed of the incident and all appropriate chain of command were notified. All documentation was turned over to the EMCF investigative department. The cell was sealed pending further investigation. All further information will be forwarded as obtained.

## Christopher Dykes

| | |
|---|---|
| **From:** | Christopher Dykes |
| **Sent:** | Tuesday, June 10, 2014 4:04 PM |
| **To:** | Tony Donald |
| **Subject:** | FW: Offender death Offender Charles Elliot McGrew#174953 |

**From:** Christopher Dykes
**Sent:** Tuesday, June 10, 2014 3:53 PM
**To:** Derrick Smith; Norris Hogans
**Subject:** Offender death Offender Charles Elliot McGrew#174953

On 6-10-14 at approximately 1311 hours a code blue was called on housing unit four D-pod. Offender Charles Elliot McGrew#174953, who is housed in cell 4D-106, was found unresponsive in his cell by Officer M. Jones. Officer Jones was getting the offender to transport him for an echocardiogram for terminal illness. The offender was found alone in his cell but has a cell mate. The cell mate was not present in the cell when the offender was found unresponsive with a ligature around his neck but the ligature was not tied to any other object. At approximately 1311 hours staff called a code blue. Medical staff arrived on the unit at approximately 1313 hours. The offender was taken to the EMCF medical department where emergency medical treatment was administered. Metro ambulance was summoned and entered the facility at approximately 1329 hours. Metro ambulance exited EMCF at approximately 1349 hours with the offender escorted by officers R. Wallace and J. King. Upon arrival at the Rush hospital emergency department the offenders time of death was declared at 1401 hours. All appropriate documentation was completed of the incident and all appropriate chain of command were notified. All documentation was turned over to the EMCF investigative department. The cell was sealed pending further investigation. All further information will be forwarded as obtained.

Offender Charles Elliot McGrew#174953 is a white male that stands six feet tall and weighs 170 pounds. The offender was born 5-6-43 and is 71 years old. the offender is serving a 15 year sentence for unlawful touching of a child.EMCF-14-0306

MTC-000165



# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: CIO B Stephens | Inmates Involved: Charles Elliot McGrew mdoc # 174953 |
|---|---|

**Brief Description of Unusual Occurrence:** On June 10, 2014 at approx. 1319 hrs. I CIO Stephens entered Huy Delta pod for a sec check and advise Offender Charles Elliot McGrew mdoc # 174953 that he needed to get ready for transport. I CIO Stephens seen CIO jones walking down Huy hallway and

**Immediate Action Taken:** asked CIO jones to enter Huy Delta pod with me. I CIO Stephens stood at 4D106 and called the offenders name several times. The offender did not respond. I CIO Stephens entered the offenders cell calling the offenders name. The offender did not respond. I CIO Stephens started tapping the offender on his back since I found the offender laying on his stomach. As I was tapping the offender

| B Stephens | 6·10·14 | 1357 |
|---|---|---|
| Person Completing Report | Date | Time |

| | | |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | |
|---|---|
| Warden's Signature | Date |

MTC-000166

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: B Stephens | Inmates Involved: |
|---|---|
|  |  |

**Brief Description of Unusual Occurrence:** On his back I called his name several times. I still did not get a response. I CIO Stephens immediately checked the offenders pulse on his foot. I CIO Stephens did not feel a pulse. As I was calling a code Blue on Housing unit four delta pod CIO Jones went inside the cell to see if he could get offender charles Elliot McGraw MDOC # 174953 to respond. CIO Jones could not get the offender to respond.

**Immediate Action Taken:**


| B Stephen | 6-10-11 | 1357 |
|---|---|---|
| Person Completing Report | Date | Time |

| | | |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

Warden's Review:


| | |
|---|---|
| Warden's Signature | Date |

CC: MAJOR SMITH — COMPLETED COPY

C:\Users\markeshia.wells\Desktop\UOR.doc

Revision No: 8/2012

MTC-000167

Management
& Training
Corporation

# East Mississippi Correctional Facility

## Unusual Occurrence Report

Staff Involved: officer M. Jones, officer Stephens | Inmates Involved:

Unit Manager Hollie, Nurse Townsend. | Charles McGrew
And other Medical Staff. | MDOC #174953

Brief Description of Unusual Occurrence: On 06/10/14. At Approximately 1305 hour officer Stephens was on zone Hu 4 D cell #106. upon my arrival to unit 4 Delta cell #106 officer Stephen was already on the zone at offender Charles McGrew cell MDOC #174953. Once I officer M. Jones approached his cell officer Stephens stated to me that this offender is not responding. So I than walked inside the offender cell and still he was not responding

Immediate Action Taken: When I put my hand on his shoulder

officer Stephen called a code blue. First to Appear was Unit Manager Hollie and Nurse Townsend. Nurse Townsend and Unit Manager Hollie both turned offender Charles McGrew over from his stomach onto his back. And Nurse Townsend saw the rope Around his neck which she stated that she could not get the rope from around his neck. so I officer M. Jones took (2) two Knots out of the rope. And took the rope off offender Charles McGrew neck. Also other Medical staff were present

_Officer Michael Jones_
Person Completing Report | _6/10/14_
Date | _1620_
Time

Shift Supervisor or Department Manager | _6-10-14_
Date | _1130_
Time

Warden's Review:

Warden's Signature | Date


Management & Training Corporation

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: *174953* |
|---|---|
| *C/OP-Myers* | *Charles Elliot McGrew* |

**Brief Description of Unusual Occurrence:**

*~~Date~~ On June/10/2014 At approx 1321 I cam And Assistance c/o Stephens + C/o Jones with offender Charles Eliot McGrew EOR*

**Immediate Action Taken:**

| | | |
|---|---|---|
| *D Myers* | *6/10/14* | *1500* |
| Person Completing Report | Date | Time |
| *Cyff* | *6-10-14* | *1510* |
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | |
|---|---|
| Warden's Signature | Date |



Management
& Training
Corporation

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: *174953* |
|---|---|
| *B. BROWN* | *Charles McGrew* |

**Brief Description of Unusual Occurrence:** *On June 10, 2014 int Approx 1300 hrs C/O Jennings called C/O Brown to get offender Charles McGrew ready For Transport. At Approx. 1319 C/O Stephens entered Hu Delta For Sec check. and Advise offender Charles McGrew Mdoc # 174953 ready For Transport. I C/O B. Brown See n C/O Stephens*

**Immediate Action Taken:** *Cell D 106. At Approx 1321 C/O Stephens Called a code Blue on Delta while C/O Jones entered the Cell checking on the offender*

| | | |
|---|---|---|
| *B. Brown* | *June 10, 2014* | *1500* |
| Person Completing Report | Date | Time |
| *eb2* | *6-10-14* | *1510* |
| Shift Supervisor or Department Manager | Date | Time |

| Warden's Review: | |
|---|---|
| | |

| Warden's Signature | Date |
|---|---|